**<u>Exhibit A</u>**

**Shortened Notice Order**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

------------------------------------------------------------------- x
: 
**In re** : **Chapter 11**
: 
**DALLAS STARS, L.P.,** *et al.*[1] : Case No. 11-_____ (___)
: 
  Debtors. : **Joint Administration**
: **Requested**
------------------------------------------------------------------- x

## ORDER SCHEDULING A HEARING ON SHORTENED NOTICE AND SHORTENING THE OBJECTION PERIOD (A) TO CONSIDER BIDDING PROCEDURES AND RELATED MATTERS AND (B) TO DETERMINE CONFIRMATION-RELATED DEADLINES AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF

Upon the motion (the "Motion") of Dallas Stars, L.P. ("Dallas Stars"), Dallas Arena LLC ("Dallas Arena"), Dallas Stars U.S. Holdings Corporation ("U.S. Holdings"), and StarCenters LLC ("StarCenters"), as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 105(a) of the Bankruptcy Code,[2] and Bankruptcy Rule 2002 (I) For an Order Scheduling a Hearing on Shortened Notice to Consider Bidding Procedures and to Determine Confirmation-Related Deadlines and Approving the Form and Manner of Notice Thereof; and (II) For an Order (a) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets (b) Approving the Proposed Buyers' Asset Purchase Agreement as a Stalking Horse Asset Purchase Agreement, (c) Approving Bid Protections (d) Scheduling a Combined Hearing to Consider: (1) Approval of the Disclosure Statement, (2) Approval of the Solicitation

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Dallas Stars, L.P. (9450); Dallas Arena LLC (9999); Dallas Stars U.S. Holdings Corporation (0485), and StarCenters LLC (4430).

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Procedures and Forms of Ballots, (3) Confirmation of the Prepackaged Plan, and (4) Approval of the Sale; (e) Establishing an Deadline to Object to the Disclosure Statement, Sale and the Prepackaged Plan; (f) Approving the Form and Manner of Notice Thereof; and (g) Granting Any Related Relief, all as more fully described in the Motion; and upon the Hutson Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the hearing to consider the relief requested therein (the "Hearing") having been provided to the parties listed therein and no further notice being necessary; and the legal and factual bases set forth in the Motion establishing just and sufficient cause to grant the relief requested therein; and the relief granted herein being in the best interests of the Debtors, their estates, creditors, and all parties in interest; and the Court having held the Hearing with the appearances of interested parties noted in the record of the Hearing; and upon the entire record and all of the proceedings before the Court, the Court hereby ORDERS that:

1. The Motion is granted to the extent set forth herein.

2. The hearing with respect to the Bidding Procedures and to determine confirmation-related deadlines requested in the Motion and any objections thereto shall take place on _____, 2011 at __:00 __.m. (Eastern Time) (the "Bidding Procedures/Scheduling Hearing"). The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

3. Parties may raise objections, if any, to the Bidding Procedures or the confirmation-related deadlines orally at the Bidding Procedures/Scheduling Hearing.

4. The Bidding Procedures/Scheduling Hearing Notice, attached hereto as Exhibit 1, shall be deemed good and sufficient notice of such Motion.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: _____, 2011
       Wilmington, Delaware

                                                    _____
                                                    UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

**Bidding Procedures/Scheduling Hearing Notice**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

------------------------------------------------------------x
: 
In re : Chapter 11
 : 
**DALLAS STARS, L.P.**, *et al.*,[1] : Case No. 11-_____ (___)
 : 
Debtors. : Jointly Administered
 : 
 : Obj. Deadline: Sept. __, 2011 at 4:00 p.m.
 : Hearing Date: Sept. __, 2011 at __:__ p.m.
------------------------------------------------------------x

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on September 15, 2011, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the *Debtors' Motion: (I) for an Order Scheduling a Hearing on Shortened Notice (A) to Consider Bidding Procedures and Related Matters and (B) to Determine Confirmation-Related Deadlines and Approving the Form and Manner of Notice Thereof; and (II) for an Order (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets; (B) Approving The Proposed Buyers' Asset Purchase Agreement as a Stalking Horse Asset Purchase Agreement; (C) Approving Bid Protections; (D) Scheduling a Combined Hearing to Consider (1) Approval of the Disclosure Statement, (2) Approval of Solicitation Procedures and Forms of Ballots, (3) Confirmation of the Prepackaged Plan, and (4) Approval of the Sale; (E) Establishing a Deadline to Object to the Disclosure Statement, Sale and the Prepackaged Plan; (F) Approving the Form and Manner of Notice Thereof; and (G) Granting any Related Relief* (the "Scheduling Motion")[2] with the United

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Dallas Stars, L.P. (9450); Dallas Arena LLC (9999); Dallas Stars U.S. Holdings Corporation (0485), and StarCenters LLC (4430).

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Scheduling Motion.

States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").  By the Scheduling Motion, the Debtors have requested entry of (i) the Shortened Notice Order and (i) the Bidding Procedures and Confirmation Scheduling Order.

PLEASE TAKE FURTHER NOTICE that, at the "first day hearing" in the above-captioned chapter 11 cases, the Bankruptcy Court entered the Shortened Notice Order,[3] thereby scheduling the hearing on approval of (i) the relief requested in the Bidding Procedures and Confirmation Scheduling Order and (ii) the notice relating thereto (the "Scheduling Relief").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Shortened Notice Order, (i) the hearing on the Scheduling Relief will be held on September ___, 2011 at __: __ _.m. before The Honorable _____, in Courtroom ___, at the Bankruptcy Court (the "Bidding Procedures/Scheduling Hearing"), and (ii) responses or objections to the Scheduling Relief, if any, may be filed and served in advance of the Bidding Procedures/Scheduling Hearing or presented orally at such hearing.

---

[3] See Docket No. ___.

Dated: September 19, 2011
Wilmington, Delaware

Mark D. Collins (No. 2981)
John H. Knight (No. 3848)
Zachary I. Shapiro (No. 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Martin A. Sosland (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777

Ronit J. Berkovich (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Proposed Attorneys for Debtors and
Debtors in Possession

3