**EXHIBIT B**

Organizational Chart

# The Debtors and Certain Non-Debtor Affiliates and Related Entities as of August 2011

