UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re                                          :   Chapter 11
                                               :
DALLAS STARS, L.P., *et al.*,[1]               :   Case No. 11-12935 (PJW)
                                               :
         Debtors.                              :   Joint Administration Requested
                                               :
---------------------------------------------------------------x

## CERTIFICATION OF COUNSEL REGARDING COMPLIANCE WITH LOCAL RULE 9013-1(m)(iii)

The undersigned hereby certifies that the above-captioned debtors have complied with Rule 9013-1(m)(iii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. Specifically, a binder containing copies of the petitions, "first day" motions and applications was delivered to the Clerk's office and to the Office of the United States Trustee on September 16, 2011.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Dallas Stars, L.P. (9450); Dallas Arena LLC (9999); Dallas Stars U.S. Holdings Corporation (0485), and StarCenters LLC (4430).

Dated: September 17, 2011
      Wilmington, Delaware

    /s/ *Zachary I. Shapiro*
Mark D. Collins (No. 2981)
John H. Knight (No. 3848)
Zachary I. Shapiro (No. 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile:  (302) 651-7701

– and –

Martin A. Sosland
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone:  (214) 746-7700
Facsimile:   (214) 746-7777

Ronit J. Berkovich
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

*Proposed Attorneys for Debtors and Debtors in Possession*