UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
In re                                                          :     Chapter 11
                                                               :
**DALLAS STARS, L.P.,** *et al.*,[1]                           :     Case No. 11-12935 (PJW)
                                                               :
          Debtors.                                             :     Jointly Administered
                                                               :
---------------------------------------------------------------x

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON SEPTEMBER 22, 2011 AT 4:00 P.M.[2]

I.  **UNCONTESTED MATTER GOING FORWARD:**

1.  Debtors' Motion (I) for an Order Scheduling a Hearing on Shortened Notice (A) to Consider Bidding Procedures and Related Matters and (B) to Determine Confirmation-Related Deadlines and Approving the Form and Manner of Notice Thereof; and (II) for an Order (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets; (B) Approving the Proposed Buyers' Asset Purchase Agreement; (C) Approving Bid Protections; (D) Scheduling a Combined Hearing to Consider (1) Approval of the Disclosure Statement, (2) Approval of Solicitation Procedures and Forms of Ballots, (3) Confirmation of the Prepackaged Plan, and (4) Approval of the Sale; (E) Establishing a Deadline to Object to the Disclosure Statement, Sale and the Prepackaged Plan; (F) Approving the Form and Manner of Notice Thereof; and (G) Granting any Related Relief [Docket No. 12; filed September 15, 2011] (the "Scheduling Motion")

    Objection Deadline:  September 20, 2011 at 12:00 p.m. (EDT)[3]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Dallas Stars, L.P. (9450); Dallas Arena LLC (9999); Dallas Stars U.S. Holdings Corporation (0485), and StarCenters LLC (4430).

[2] The hearing will be held before The Honorable Peter J. Walsh at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801. Any party who wishes to appear telephonically at the September 22, 2011 hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EDT) on Wednesday, September 21, 2011** in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27,* 2009.

[3] This objection deadline relates to the relief requested in the Bidding Procedures and Confirmation Scheduling Order (as defined in the Scheduling Motion).

RLF1 5348321v. 1

Related Documents:

A.     Order Scheduling a Hearing on Shortened Notice and Shortening the Objection Period (A) to Consider Bidding Procedures and Related Matters and (B) to Determine Confirmation Related Deadlines and Approving the Form and Manner of Notice Thereof [Docket No. 49; entered September 19, 2011]

B.     Notice of Motion and Hearing [Docket No. 63; filed September 19, 2011]

C.     Notice of Filing of Exhibits to Bidding Procedures [Docket No. 67; filed September 20, 2011]

Objections/Responses Received: None at this time.

Status: The hearing on the relief requested in the Bidding Procedures and Confirmation Scheduling Order will go forward.

Dated: September 20, 2011
       Wilmington, Delaware

                              /s/ *Zachary I. Shapiro*
                              Mark D. Collins (No. 2981)
                              John H. Knight (No. 3848)
                              Zachary I. Shapiro (No. 5103)
                              RICHARDS, LAYTON & FINGER, P.A.
                              One Rodney Square
                              920 North King Street
                              Wilmington, Delaware 19801
                              Telephone: (302) 651-7700
                              Facsimile:  (302) 651-7701

                                        – and –

                              Martin A. Sosland
                              WEIL, GOTSHAL & MANGES LLP
                              200 Crescent Court, Suite 300
                              Dallas, Texas 75201
                              Telephone:  (214) 746-7700
                              Facsimile:   (214) 746-7777

                              Ronit J. Berkovich
                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York  10153
                              Telephone:  (212) 310-8000
                              Facsimile:   (212) 310-8007

*Proposed Attorneys for Debtors and Debtors in Possession*