UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF: | Chapter 11 |
| **Dallas Stars, L.P.** | Case Number: 11-12935(PJW) |
| Debtor. | |

## STATEMENT THAT A COMMITTEE OF UNSECURED CREDITORS HAS NOT BEEN APPOINTED

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

( )   Debtors' petition/schedules reflect less than three unsecured creditors, (excluding insiders and governmental agencies).

( )   No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

(X)   Insufficient response to the United States Trustee communication/contact for service on the committee.

( )   No unsecured creditor interest

( )   Non-operating debtor-in-possession - - No creditor interest.

( )   Application to convert to Chapter 7 or to dismiss pending.

( )   Converted or dismissed.

**ROBERTA A. DEANGELIS**
**UNITED STATES TRUSTEE**

/s/ Richard L. Schepacarter
*for* T. PATRICK TINKER
Assistant United States Trustee

DATED: October 14, 2011

cc: Attorney for Debtor: John H. Knight, Esquire