# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-------------------------------------------------------------------- x
                            :

| | |
|---|---|
| **In re** | **:**    **Chapter 11** |
| | **:** |
| **DALLAS STARS, L.P.,** *et al.*[1] | **:**    **Case No. 11-12935 (PJW)** |
| | **:** |
|      **Debtors.** | **:**    **Jointly Administered** |
| | **:** |

-------------------------------------------------------------------- x


GENERAL NOTES PERTAINING TO SCHEDULES AND SOFAS

On September 15, 2011 (the "<u>Commencement Date</u>"), Dallas Stars, L.P. ("<u>Dallas Stars</u>"), Dallas Arena LLC ("<u>Dallas Arena</u>"), Dallas Stars U.S. Holdings Corp. ("<u>U.S. Holdings</u>"), and StarCenters LLC ("<u>StarCenters</u>"), as debtors and debtors in possession (collectively, the "<u>Debtors</u>"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"). The Debtors continue to operate their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors' chapter 11 cases (the "<u>Chapter 11 Cases</u>") have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") and Local Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>") under Case No. 11-12935 (PJW).

Prior to the Commencement Date, the Debtors entered into an asset purchase agreement with Dallas Sports & Entertainment, LP and certain of its affiliates (the "<u>Stalking Horse</u>") providing for the sale (the "<u>Sale</u>") to the Stalking Horse, subject in all respects to National Hockey League ("<u>NHL</u>") approval, of substantially all of the assets of the Debtors under the Joint Prepackaged Plan of Reorganization of Dallas Stars, L.P., *et al.* Under Chapter 11 of the Bankruptcy Code (the "<u>Prepackaged Plan</u>"), and subject to higher or better offers in the bidding process and to NHL approval of both any bid and any bidder. In addition, prior to the Commencement Date, the Debtors solicited votes on the Prepackaged Plan through a disclosure statement distributed in accordance with sections 1125 and 1126(b) of the Bankruptcy Code (the "<u>Disclosure</u>

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Dallas Stars, L.P. (9450); Dallas Arena LLC (9999); Dallas Stars U.S. Holdings Corp. (0485); and StarCenters LLC (4430).

Statement"). The votes tabulated and received from the classes entitled to vote demonstrate acceptance of the Prepackaged Plan.

The Debtors prepared the schedules of assets and liabilities and the schedules of executory contracts and unexpired leases (collectively, the "Schedules") and the statements of financial affairs (the "SOFAs" and together with the Schedules, the "Schedules and SOFAs") pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rule 1007. The Schedules and SOFAs are unaudited and do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), and they are not intended to be fully reconciled to the Debtors' financial statements.

Although the Debtors' management has made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and SOFAs, and inadvertent errors or omissions may have occurred. Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and SOFAs. In addition, while the Debtors have generated financial data the Debtors believe to be reasonable, actual assets and liabilities may deviate from the Schedules and SOFAs due to certain events that occur throughout the duration of these Chapter 11 Cases. Accordingly, the Schedules and SOFAs remain subject to further review and verification by the Debtors. The Debtors reserve their right to amend the Schedules and SOFAs from time-to-time as may be necessary or appropriate. These general notes regarding the Debtors' Schedules and SOFAs (the "General Notes") are incorporated in, and comprise an integral part of, the Schedules and SOFAs filed by the Debtors and should be referenced in connection with any review of the Schedules and SOFAs. Nothing contained in the Schedules and SOFA shall constitute a waiver of any rights or claims of the Debtors against any third party with respect to any aspect of these Chapter 11 Cases.

1. **Information Subject to Confidentiality.** There may be instances in the Schedules and SOFAs where the Debtors have deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts. Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, concerns of confidentiality, or concerns for the privacy of, or otherwise preserving the confidentiality of personally identifiable information with respect to, an individual.

2. **Amendments.** The Debtors reserve the right to amend and/or supplement the Schedules and SOFAs as necessary and/or appropriate; however, as set forth below, the Debtors and their agents, attorneys, and advisors expressly do not undertake an obligation to do so.

3. **"As of" Information Date.** Unless otherwise stated, liability information is as of the Commencement Date.

4. **Specific Notes.** These General Notes are in addition to the specific notes set forth in the individual Schedules and SOFAs. Disclosure of information in one Schedule, SOFA, exhibit, attachment, or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, SOFA, exhibit, attachment, or continuation sheet.

5. **Asset Presentation.** Except as otherwise stated, each asset of the Debtors is shown on the basis of the book value of the asset in the Debtors' non-audited accounting books and records, as of close of business on December 31, 2010 for U.S. Holdings and July 31, 2011 for the other Debtors, and not on the basis of current market values of such interest in property. Attempts to obtain current market valuations of all assets would be cost prohibitive, unduly burdensome, and an inefficient use of the assets of the Debtors' estates. Accordingly, the Debtors have not attempted to do so in connection with the preparation of the Schedules and SOFAs. Amounts ultimately realized may vary from the book value (or whatever value was ascribed) and such variance may be material. The Debtors reserve their right to amend or adjust the value of each asset or liability set forth herein.

6. **Liabilities.** Pursuant to orders of the Bankruptcy Court, the Debtors have been granted authority to pay, in their own discretion, the liquidated, noncontingent, and undisputed prepetition obligations to certain vendors, taxing authorities, lienholders, priority claimants, insurance companies, utility companies, customers, and employees. Such liabilities are listed in the Schedules and SOFAs as of the Commencement Date, notwithstanding that certain of these liabilities have been satisfied or are expected to be satisfied prior to the effective date of the Prepackaged Plan. In addition, as further described below, in the case of the claims of certain lienholders and certain taxing authorities, the Debtors' investigation regarding the validity of such claims is ongoing, and certain claims for which the Debtors may ultimately determine they have no liability have been scheduled as "contingent" claims.

7. **Affiliate Agreement.** Pursuant to a Shared Services Agreement, dated as of October 3, 2008, by and among Dallas Stars, Dallas Arena, the Debtors' parent company, HSG Sports Group LLC ("HSG") and certain of its affiliated entities signatory thereto (the "Shared Services Agreement"), HSG, in the ordinary course of business, provided certain business and administrative services and has entered into various contracts on behalf of and for the benefit of its subsidiaries, including the Debtors and Plano StarCenter, LLC ("Plano StarCenter"), a non-Debtor and wholly owned subsidiary of Dallas Stars. Although Dallas Stars was removed as a party to and beneficiary of the Shared Services Agreement on May 20, 2010, certain shared services arrangements and shared use of certain assets continued on an informal basis. To facilitate the Sale, prior to the solicitation, certain of the Debtors entered into a letter agreement, dated as of September 1, 2011, by and between Dallas Stars, Dallas Arena, Plano StarCenter, HSG, HSG Sports

Group Holdings LLC ("HSGH"), and Hicks Holdings LLC (the "Affiliate Agreement") to terminate and provide for the transition of the shared services and shared assets which were provided by HSG and certain of its related entities, as more fully described in the individual Schedules and SOFAs.

8. **Intercompany Transactions.**  In the ordinary course of business, certain intercompany transactions were recorded as intercompany payables and receivables on the books and records of certain Debtor entities.  These intercompany transactions are recorded in the accounting books on a net basis and are reflected on the Schedules where applicable.  For consolidated financial statement purposes these intercompany amounts are eliminated in accordance with GAAP.  No conclusion as to the legal obligation related to these intercompany transactions is made by representation herein.  As an example, HSG historically advanced amounts to Dallas Stars to fund certain cash shortfalls, thereby creating an intercompany payable and receivable between Dallas Stars and HSG.  In addition, although Dallas Arena has been cash flow positive as a result of the income attributed to its 50% equity ownership of Center Operating Company, L.P. ("COC"), which owns the leases and agreements related to the American Airlines Center, these funds were historically distributed by COC directly to HSG on behalf of Dallas Arena, thereby creating an intercompany payable and receivable between HSG and Dallas Arena. The Affiliate Agreement provides that immediately prior to the closing of a Sale, (i) certain intercompany debt payable by Dallas Stars to HSG will be contributed by HSG to the capital of Dallas Stars and (ii) certain other intercompany debt payable by HSG to Dallas Arena will be distributed by Dallas Arena to HSG.

9. **Unliquidated Claim Amounts.**  Claim amounts that could not be fairly quantified by the Debtors are scheduled as "unliquidated."

10. **Claims Description.**  The Debtors have made reasonable efforts to properly classify claims as "disputed," "contingent," or "unliquidated," where applicable.  Any failure to designate a claim on the Debtors' Schedules and/or SOFAs as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such claim is not "disputed," "contingent," or "unliquidated."  The Debtors reserve the right to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules and SOFAs as to amount, liability, priority, secured or unsecured status, or classification, or to otherwise designate any claim as "disputed," "contingent," or "unliquidated," by filing and serving an appropriate amendment.  The Debtors reserve the right to amend their Schedules and/or SOFAs as appropriate.

11. **Totals.**  All totals that are included in the Schedules represent totals of the known, liquidated amounts for the individual Schedule for which they are listed.

12. **Property and Equipment – Owned.**  Owned property and equipment are listed at net book value, including any depreciation (in accordance with GAAP) as recorded in the Debtors' books and records.  Nothing in the Schedules and SOFAs (including, without limitation, the failure to list leased property or equipment as owned property or equipment) is or shall be construed as an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtors reserve all of their rights with respect to such issues.

13. **Leases.**  The Debtors have not included in the Schedules and SOFAs the future obligations under any capital or operating leases.

14. **Interest in Subsidiaries and Affiliates.**  Dallas Stars, a Delaware limited partnership and a wholly-owned subsidiary of HSG, directly owns 100% of the equity interests of StarCenters, U.S. Holdings, and Plano StarCenter, a non-Debtor Texas limited liability company, and directly owns 99% of the equity interests in Dallas Stars Hockey Enterprises (2002) Company, a Nova Scotia unlimited liability company ("Hockey Enterprises").  U.S. Holdings, a Delaware corporation and a direct, wholly-owned subsidiary of Dallas Stars, owns a 1% equity interest in Hockey Enterprises.  Dallas Arena, a Texas limited liability company and a wholly-owned subsidiary of HSG, directly owns a 50% membership interest in Center GP, LLC ("Center GP") a Texas limited liability company, and a 49.95% limited partnership interest in COC.  Center GP owns a 0.1% interest in, and is the general partner of, COC.  As described in the General Notes above, in the Schedules the Debtors have listed the estimated net book value of such interests.

15. **Excluded Assets and Liabilities.**  The Debtors have excluded from the Schedules and SOFAs certain categories of assets and liabilities which might be included for GAAP reporting purposes, such as certain accrued liabilities including, without limitation, accrued salaries, employee benefits, and certain other accruals.  Additionally, certain deferred charges, accounts, or reserves recorded for GAAP reporting purposes only and assets with a net book value of zero are not included in the Debtors' Schedules.

16. **Estimates.**  To close the books and records of the Debtors, the Debtors were required to make certain estimates and assumptions that affect the reported amounts of their assets, liabilities, revenue, and expenses.  Accordingly, in some instances, as noted in the Schedules and SOFAs, the Debtors have used estimated amounts where actual data as of the Commencement Date was not available.

17. **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

18. **Insiders.**  The Debtors have attempted to include all payments made during the one-year period preceding the Commencement Date to any entity or individual deemed an "insider."  For this purpose, "insider" is defined as a general partner of a Debtor, an affiliate of a Debtor, an individual serving as an officer of a Debtor, or an affiliate thereof within the one-year period prior to the Commencement Date.  The listing of a party as an insider is not intended to be nor should be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  As described in more detail in the Disclosure Statement, as a condition precedent to entering into the Original CFV Debt Agreement (as defined in the Disclosure Statement), HSGH, HSG, HSG Partnership Holdings LLC, a Texas limited liability company ("HSG Partnership"), and Dallas Arena delivered certain Irrevocable Proxies to the Commissioner of the National Hockey League (the "Commissioner"), each dated as of January 14, 2010 (the "NHL Proxies"), pursuant to which the Commissioner obtained the exclusive right to control the operations of Dallas Stars, its subsidiaries, and Dallas Arena, including authority to cause a sale of Dallas Stars, its subsidiaries, and Dallas Arena.  Notwithstanding the NHL Proxies, the Debtors do not include the NHL or the Commissioner as an "insider" for purposes of the Schedules and SOFAs.

19. **Causes of Action.**  The Debtors, despite reasonable efforts, may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and SOFAs.  The Debtors reserve all of their rights with respect to any causes of action the Debtors may have, and neither these General Notes nor the Schedules and SOFAs (nor anything contained therein) shall be deemed a waiver of any such causes of action.

20. **Schedule B – Personal Property.**  Personal property assets are listed at net book value, per the Debtors' books and records as of December 31, 2010 for U.S. Holdings and as of July 31, 2011 for the other Debtors.  The Debtors own a professional ice hockey team that is a member of the NHL and is known as "the Dallas Stars" (the "NHL Stars").  Exclusion of the value of the NHL Stars and related intellectual property, goodwill, and other general intangibles shall not be construed as an admission or determination that such franchise and other intangible assets have no value.  Rather, as such assets do not have a liquid, readily determined value independent of the Debtors' other assets, the Debtors have not sought to attribute a liquidated value to such assets in preparation of Schedule B.

Furthermore, exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise

transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

The Debtors have not set forth executory contracts or unexpired leases as assets on Schedule B.  The Debtors' executory contracts and unexpired leases are set forth in Schedule G.

21. **<u>Schedule D – Creditors Holding Secured Claims.</u>**  Although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.  Secured claim amounts have been listed on Schedule D without regard to the value of assets secured thereby.  The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.  Nothing in the General Notes or the Schedules and SOFAs shall be deemed a modification or interpretation of the terms of such agreements.

Pursuant to orders of the Bankruptcy Court, the Debtors have been granted authority to pay certain valid lien claims in the ordinary course of business. The Debtors' investigation into their various lien liabilities is ongoing, and certain claims for which the Debtors may ultimately determine they have no liability have been scheduled as "contingent" claims.  The inclusion on Schedule D of their creditors that have asserted liens is not intended to be an acknowledgement of the validity, extent, or priority of any such liens, and the Debtors reserve their right to challenge such liens and the underlying claims on any ground whatsoever.

Except as specifically stated herein, real property lessors, utility companies, and other parties which may hold security deposits have not been listed on Schedule D.  The Debtors have not included on Schedule D all parties that may believe their claims are

secured through setoff rights, deposits posted by or on behalf of the Debtors, or inchoate statutory lien rights.

22. **Schedule E – Creditors Holding Unsecured Priority Claims.**  Pursuant to orders of the Bankruptcy Court, the Debtors have been granted authority to pay certain claims in the ordinary course of business, including certain prepetition unsecured priority claims.  Such liabilities are listed in the Schedules and SOFAs, including Schedule E, as of the Commencement Date, notwithstanding that certain of these liabilities have been satisfied or are expected to be satisfied prior to the effective date of the Prepackaged Plan.  The listing of any claim on Schedule E does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code.  The Debtors reserve their right to dispute the priority status of any claim on any basis.  Moreover, the listing of any tax claim on Schedule E is not an admission or designation by the Debtors that such claim is a prepetition tax claim.  The Debtors' investigation into their various tax liabilities is ongoing, and, as a result, certain claims for which the Debtors may ultimately determine they have no liability have been scheduled as "contingent" claims. The inclusion on Schedule E of such tax claims is not intended to be an acknowledgement of the validity, or priority of any such claim, and the Debtors reserve their right to challenge such claims on any ground whatsoever.

23. **Schedule F – Creditors Holding Unsecured Nonpriority Claims.**  Pursuant to orders of the Bankruptcy Court, the Debtors have been granted authority to pay certain claims in the ordinary course of business, including certain prepetition unsecured claims.  Such liabilities are listed in the Schedules and SOFAs, including Schedule F, as of the Commencement Date, notwithstanding that certain of these liabilities have been satisfied or are expected to be satisfied prior to the effective date of the Prepackaged Plan.  The liabilities identified in Schedule F are derived from the Debtors' books and records, which may or may not be completely accurate, but they represent a reasonable attempt by the Debtors to set forth their unsecured obligations.  Accordingly, the actual amount of claims against the Debtors may vary from the represented liabilities.  Parties in interest should consult their own professionals and/or advisors with respect to pursuing a claim.

The claims listed on Schedule F arose or were incurred on various dates.  In certain instances, the date on which a claim arose may be unknown or subject to dispute.  Although reasonable efforts have been made to determine the date upon which each claim listed in Schedule F was incurred or arose, fixing the date for each claim in Schedule F would be unduly burdensome and cost prohibitive and, therefore, the Debtors have not listed a date for each claim listed on Schedule F.  Further, any open accounts payable amounts listed in Schedule F relate only to approved invoices and do not take into account any accrued or uninvoiced liabilities.

Schedule F does not include certain contingent claims against the Debtors on account of obligations that will be performed by the Debtors in the future. For example, as of the Commencement Date, Dallas Stars had collected approximately $17,248,195 in ticket sales for the upcoming 2011-2012 NHL Stars season, $2,151,168 in sponsor payments for, among other things, advertisements at upcoming NHL Stars home games, $9,291,467 as a signing bonus for a multiyear concessions contract, $1,084,610 as a signing bonus for a multiyear local television contract, and a $400,000 signing bonus from the NHL for a multiyear television contract. Such claims for future performance by the Debtors were not listed in Schedule F because no amounts were due and owing as of the Commencement Date, the Debtors intend to satisfy such obligations in the ordinary course of their businesses, and all such obligations will be assumed by the Purchaser under the Prepackaged Plan. To the extent a claim is held by a party to an executory contract with a Debtor, such executory contract is listed on Schedule G for the applicable Debtor.

24. **Schedule G – Executory Contracts and Unexpired Leases.** While reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred. Listing a contract, agreement, or lease on Schedule G does not constitute an admission that such contract, agreement, or lease is an executory contract or unexpired lease under section 365 of the Bankruptcy Code or that such contract or agreement was in effect on the Commencement Date or is valid or enforceable. The Debtors reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G, and to amend or supplement such Schedule as necessary, including the right to assert contracts, agreements, or leases are not executory contracts or unexpired leases under section 365 of the Bankruptcy Code. Further, any and all of the Debtors' rights, claims, and causes of action with respect to the contracts, agreements, and leases listed on Schedule G are reserved and preserved.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, letters, and other documents, instruments, and agreements which may not be listed therein. Certain of the contracts, agreements, and leases listed on Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations may not be set forth in Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as easements, rights of way, indemnity agreements, supplemental agreements, amendments/letter agreements, and confidentiality agreements. Such documents might

not be set forth in Schedule G. Each entry in Schedule G generally represents a separate executory contract or unexpired lease. However, in some instances, the Debtors may have entered into multiple related contracts with a counterparty, which results in multiple related entries in a particular Schedule G.

In addition, a number of contracts listed in the Schedules and SOFAs are umbrella or master agreements that cover relationships with the Debtors and other non-Debtor entities. Where relevant, such agreements have been listed in the Schedules and SOFAs. There also may be instances where one of the Debtors is not a party to the contract but has been the primary entity conducting business in connection with these contracts. Moreover, in some cases it may have been impractical or impossible to determine if the Debtors assumed the obligations of a contract entered into by a former legal entity or other non-Debtor entity. Omission of a contract, agreement or lease from Schedule G does not constitute an admission that such omitted contract or agreement is <u>not</u> an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such contracts or agreements are not impaired by the omission.

25. **<u>Schedule H - Codebtors.</u>** In the ordinary course of business, the Debtors have guaranteed certain obligations and liabilities. In some instances, the transactions and guaranties are reflected elsewhere in the Schedules and SOFAs. The Debtors may not have identified certain guaranties that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Further, certain of the guaranties reflected on Schedule H may be expired or may no longer be enforceable. The Debtors reserve their right to amend Schedule H to the extent that additional guaranties are identified or such guaranties are discovered to have expired or become unenforceable.

26. **<u>SOFA Questions 3b and 4b.</u>** In the ordinary course of business, the Debtors may be obligated to withhold amounts from the paychecks of various regular employees in connection with garnishment orders or other state law withholding orders. The Debtors believe that these amounts do not constitute property of the estates and, accordingly, are not responsive to these questions. Moreover, out of concern for the confidentiality of the Debtors' employees, the Debtors have not listed any such garnishments in response to these questions.

27. **<u>SOFA Question 9.</u>** The Debtors have listed all payments made within one year prior to the Commencement Date to certain persons that have provided consultation to the Debtors concerning debt consolidation, relief under the bankruptcy law, or preparation of a petition in bankruptcy. For certain of these persons, the Debtors have not excluded all

payments that do not relate to debt consolidation, relief under bankruptcy law, or preparation of a petition in bankruptcy.

28. **Reservation of Rights and Exculpation.**  Nothing contained in the Schedules or SOFAs shall constitute a waiver of the Debtors' rights or an admission with respect to the Chapter 11 Cases and, specifically, with respect to any issues involving equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant nonbankruptcy laws to recover assets or avoid transfers.  The Debtors and their agents, attorneys, and advisors do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein.  While reasonable effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.  The Debtors and their agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized.  In no event shall the Debtors or their agents, attorneys, and advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and advisors are advised of the possibility of such damages.

**United States Bankruptcy Court**
**District of Delaware**

In re      __Dallas Stars, L.P.__             Case No.      __11-12935 (PJW)__
                    Debtor                             Chapter          __11__

**SUMMARY OF SCHEDULES**

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 0 | | | |
| B - Personal Property | Yes | 19 | $ 52,035,457 | | |
| C - Property Claimed As Exempt | No | 0 | | | N/A |
| D - Creditors Holding Secured Claim | Yes | 7 | | $ 149,752,982 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 265,253 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | $ 213,550,956 | |
| G - Executory Contracts and Unexpired Leases | Yes | 21 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total | | 61 | $ 52,035,457 | $ 363,569,191 | |

**\*\* SPECIFIC NOTE: DEBTOR OWNS THE NHL STARS FRANCHISE, A NATIONAL HOCKEY LEAGUE CLUB. THE TOTAL ASSETS CALCULATION DOES NOT INCLUDE THE VALUE OF THE FRANCHISE, RELATED INTELLECTUAL PROPERTY, GOODWILL, AND OTHER GENERAL INTANGIBLES. THIS EXCLUSION SHALL NOT BE CONSTRUED AS AN ADMISSION OR DETERMINATION THAT SUCH FRANCHISE AND OTHER INTANGIBLE ASSETS HAVE NO VALUE. RATHER, AS SUCH ASSETS DO NOT HAVE A LIQUID, READILY DETERMINED VALUE INDEPENDENT OF THE DEBTOR'S OTHER ASSETS, THE DEBTOR HAS NOT SOUGHT TO ATTRIBUTE A LIQUIDATED VALUE TO SUCH ASSETS IN PREPARATION OF THESE SCHEDULES.**

### SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | See Exhibit B1 immediately following Schedule B | | $5,903 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks; savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See Exhibit B2 immediately following Exhibit B1 (Unrestricted Cash)<br><br>(Restricted Cash)<br><br>(SERP Brokerage Account) | | $14,629,753<br><br>$5,770,414<br><br>$190,768 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | See Exhibit B3 immediately following Exhibit B2 | | $5,144,242 |

### SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See Exhibit B9 immediately following Exhibit B3 | | $0 |
| 10. Annuities, itemize and name each issuer. | X | | | |

**SCHEDULE B - PERSONAL PROPERTY**

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| **11.** Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| **12.** Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| **13** Stock and interests in incorporated and unincorporated businesses. Itemize. | | See Exhibit B13 immediately following Exhibit B9 | | $0 |
| **14.** Interests in partnerships or joint ventures. Itemize. | | See Exhibit B14 immediately following Exhibit B13 | | $3,944,755 |
| **15.** Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |

### SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| **16.** Accounts Receivable. | | See Exhibit B16 immediately following Exhibit B14 | | $4,922,336 |
| **17.** Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| **18.** Other liquidated debts owing debtor include tax refunds. Give particulars. | X | | | |
| **19.** Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| **20.** Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| **21.** Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

### SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| **22.** Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| **23.** Licenses, franchises, and other general intangibles. Give particulars. | | See Exhibit B23 immediately following Exhibit B16 | | $5,263,260 |
| **24.** Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| **25.** Automobiles, trucks, trailers, and other vehicles. | | See Exhibit B25 immediately following Exhibit B23 | | $62,766 |
| **26.** Boats, motors, and accessories. | X | | | |
| **27.** Aircraft and accessories. | X | | | |
| **28.** Office equipment, furnishings, and supplies. | | See Exhibit B28 immediately following Exhibit B25 | | $360,054 |

**SCHEDULE B - PERSONAL PROPERTY**

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| **29.** Machinery, fixtures, equipment and supplies used in business. | | See Exhibit B29 immediately following Exhibit B28 | | $4,991,041 |
| **30.** Inventory. | | See Exhibit B30 immediately following Exhibit B29 | | $1,785,150 |
| **31.** Animals. | X | | | |
| **32.** Crops - growing or harvested. Give particulars. | X | | | |
| **33.** Farming equipment and implements. | X | | | |
| **34.** Farm supplies, chemicals, and feed. | X | | | |
| **35.** Other personal property of any kind not already listed. Itemize. | | See Exhibit B35 immediately following Exhibit B30 | | $4,965,016 |

<u>13</u>    continuation sheets attached                                          $        52,035,457

**SCHEDULE B - PERSONAL PROPERTY**

**EXHIBIT B 1 - Cash On Hand**

| Type of Cash | Net Book Value as of 7/31/2011 |
|---|---|
| Petty Cash - Box Office | $1,903 |
| Petty Cash - Hockey | $4,000 |
| | **$5,903** |

**SCHEDULE B - PERSONAL PROPERTY**

**EXHIBIT B 2 - Checking, Savings, or Other Financial Accounts**

| Bank Name | Address | City/State/Zip | Net Book Value as of 7/31/2011 | |
|---|---|---|---|---|
| Plains Capital | 2323 Victory Avenue, Suite 540 | Dallas, TX 75219 | $20,563 | |
| JPMorgan | 710 North Pearl | Dallas, TX 75201 | $14,424,465 | |
| JPMorgan | 710 North Pearl | Dallas, TX 75201 | $11,045 | |
| JPMorgan | 710 North Pearl | Dallas, TX 75201 | $22,878 | |
| JPMorgan | 710 North Pearl | Dallas, TX 75201 | $115,442 | |
| JPMorgan | 710 North Pearl | Dallas, TX 75201 | $35,361 | |
| | | **Total Cash Accounts:** | **$14,629,753** | |
| | | | | |
| Restricted Cash - JPMorgan | PO Box 659754 | San Antonio, TX 78265 | **$5,770,414** | **Specific Note 1** |
| | | | | |
| NHL SERP Brokerage Account | | | **$190,768** | **Specific Note 2** |
| | | | | |
| | | **Total Cash:** | **$20,590,935** | |

**Specific Note 1**: This amount relates to withholding from NHL hockey player salaries by the Debtor pursuant to the collective bargaining agreement. The amounts withheld are maintained in a restricted escrow account for which the NHL is the custodian.  The funds in the escrow account will be distributed in accordance with the terms of the collective bargaining agreement.  The Debtor expects the next distribution to occur in October 2011.

**Specific Note 2:** This amount relates to a Supplemental Executive Retirement Plan ("SERP") specifically for the Head Coach and General Manager, for which the NHL is custodian.

## SCHEDULE B - PERSONAL PROPERTY

**EXHIBIT B 3 - Various Security Deposits**

| Institution | Net Book Value as of 7/31/2011 | |
|---|---|---|
| JPMorgan Purchase Card Deposit Account | $285,328 | **Specific Note 1** |
| Euless Escrow | $1,944,414 | |
| Farmers Branch Escrow Deposit | $600,000 | |
| COC Long Term Security Deposit | $2,200,000 | |
| Crawford & Co., Workers Compensation Loss Fund | $114,500 | |
| **Total:** | **$5,144,242** | |

**Specific Note 1:** JPMorgan Purchase Card Deposit Account was opened in HSG's name, but is currently used exclusively for the benefit of Dallas Stars, and Dallas Stars employees are the sole authorized users of credit cards secured by this account.  Pursuant to the Affiliate Agreement, HSG has assigned its interest in the account to Dallas Stars.

**SCHEDULE B - PERSONAL PROPERTY**

**EXHIBIT B 9 - Interests In Insurance Policies**

Following is a list of the current policies that may cover the Debtor.

| Insurance Carrier | Coverage Type | Total Surrender Value | |
|---|---|---|---|
| Federal Insurance Co. | Automobile Liability | $0 | |
| Federal Insurance Co. | Executive Risk Liability | $0 | |
| Great American Assurance Company | General Liability | $0 | |
| St. Paul Fire and Marine Insurance Co. | Excess Liability | $0 | |
| Zurich American Insurance Company | Property Insurance | $0 | |
| Zurich American Insurance Company | Workers Compensation & Employers Liability | $0 | |
| ACE American Insurance Co. | Master Excess Liability | $0 | Specific Note 1 |
| Allied World Assurance Co. | Master Excess Liability | $0 | Specific Note 1 |
| Axis Insurance Co. | Master Excess Liability | $0 | Specific Note 1 |
| Factory Mutual Insurance Company | Property/Boiler & Machinery | $0 | Specific Note 1 |
| Federal Insurance Co | Special Coverage | $0 | Specific Note 1 |
| Federal Insurance Co. | Workers Compensation | $0 | Specific Note 1 |
| Federal Insurance Co. | Commercial Umbrella | $0 | Specific Note 1 |
| Federal Insurance Co. | Employment Practices Liability | $0 | Specific Note 1 |
| Federal Insurance Co. | Non-Owned Aircraft | $0 | Specific Note 1 |
| Great Northern Insurance Co. | Foreign Package Policy | $0 | Specific Note 1 |
| HCC Life Insurance Company | Catastrophe/AD&D Plan | $0 | Specific Note 1 |
| Houston Casualty Company | NHL-CHL Training Camp | $0 | Specific Note 1 |
| Lexington Insurance Co. | Master Excess Liability | $0 | Specific Note 1 |
| Lexington Insurance Co. | Master Excess Liability | $0 | Specific Note 1 |
| MetLife | NHL TTD Program | $0 | Specific Note 1 |
| Vigilant Insurance Co. | General Liability | $0 | Specific Note 1 |
| Westchester Fire Insurance Co. | Master Excess Liability | $0 | Specific Note 1 |
| Zurich American Insurance Co. | Master Excess Liability | $0 | Specific Note 1 |

                                                                 **Total:**         $0

**Specific Note 1**: NHL is the policy holder for the benefit of the NHL Clubs, including the Debtor.

**SCHEDULE B - PERSONAL PROPERTY**

**EXHIBIT B 13 - Stock and Interests In Incorporated and Unincorporated Businesses. Itemize.**

### The Debtors and Certain Non-Debtor Affiliates and Related Entities as of September 2011



### SCHEDULE B - PERSONAL PROPERTY

**EXHIBIT B 14 - Interests In Partnerships or Joint Ventures. Itemize.**

| Description | Net Book Value as of 7/31/2011 | |
|---|---:|---|
| 100% ownership in Plano StarCenter, LLC | $3,755,422 | |
| 100% ownership in StarCenters LLC | $0 | |
| 100% ownership in Dallas Stars U.S. Holdings Corp. | $1,000 | |
| Investment in Intra-Continental Ensures LTD | $183,774 | **Specific Note 1** |
| 99% ownership in Dallas Stars Hockey Enterprises (2002) Company | $4,559 | **Specific Note 2** |
| **Total:** | **$3,944,755** | |

**Specific Note 1:** Dallas Stars holds a 1/30 interest in Intra-Continental Ensures LTD, the captive insurance carrier for the NHL.

**Specific Note 2:** Dallas Stars holds a 99% interest in Hockey Enterprises, which holds a limited partnership interest in NHL Enterprises Canada, L.P., the Canadian licensing arm of the NHL, and is a stockholder of National Hockey League Enterprises Canada, Inc., the general partner of NHL Enterprises Canada, L.P.

**SCHEDULE B - PERSONAL PROPERTY**

**EXHIBIT B 16 - Accounts Receivable**

| Description | Net Book Value as of 7/31/2011 | |
|---|---|---|
| Ticketmaster Credit Card Settlements | $947,450 | |
| Amounts due from the NHL for television rights | $1,664,074 | |
| Amounts due from COC for sales of long-term suites | $302,125 | |
| Amounts due from COC and Dallas Stars Sponsors | $1,203,817 | |
| Miscellaneous | $394,433 | **Specific Note 1** |
| Other | $77,539 | |
| Trade Accounts Receivable | $227,898 | **Specific Note 2** |
| Roller Hockey Event Receivable | $105,000 | |
| **Total:** | **$4,922,336** | |

**Specific Note 1:** This amount relates to various receivables, including minor league affiliation amounts, NHL operating assessment rebates, and annual payment for the bulk sale of game worn jerseys.

**Specific Note 2:** This amount relates to skating fees, league fees, and various programs at the Dr Pepper StarCenters facilities.

**SCHEDULE B - PERSONAL PROPERTY**

**EXHIBIT B 23 - Licenses, Franchises, and Other General Intangibles.**

| Description | Net Book Value as of 7/31/2011 |
|---|---|
| Goodwill - Plano StarCenter, LLC | $5,263,260 |
| **Total:** | **$5,263,260** |

## SCHEDULE B - PERSONAL PROPERTY

**EXHIBIT B 25 - Automobiles, Trucks, Trailers, and Other Vehicles**

| Category | Net Book Value as of 7/31/2011 |
|---|---|
| Vehicles | $62,766 |
| **Total:** | **$62,766** |

## SCHEDULE B - PERSONAL PROPERTY

**EXHIBIT B 28 - Office Equipment, Furnishings, and Supplies**

| Category | Net Book Value as of 7/31/2011 |
|---|---|
| Office furniture and equipment | $20,778 |
| Computer equipment | $339,276 |
| **Total:** | **$360,054** |

## SCHEDULE B - PERSONAL PROPERTY

**EXHIBIT B 29 - Machinery, Fixtures, Equipment, and Supplies Used In Business**

| Category | Net Book Value as of 7/31/2011 |
|---|---|
| Leasehold Improvements | $4,281,229 |
| Other Equipment | $430,061 |
| Hockey Equipment | $121,234 |
| Rink & Arena Equipment | $109,641 |
| Arena Upgrade - Frisco | $30,000 |
| AAC - Leasehold Improvements | $18,876 |
| **Total:** | **$4,991,041** |

## SCHEDULE B - PERSONAL PROPERTY

**EXHIBIT B 30 - Inventory**

| Inventory Type | Net Book Value as of 7/31/2011 |
|---|---|
| Merchandise Inventory | $1,785,150 |
| **Total:** | **$1,785,150** |

## SCHEDULE B - PERSONAL PROPERTY

**EXHIBIT B 35 - Other Property of Any Kind Not Already Listed**

| Description | Net Book Value as of 7/31/2011 | |
|---|---|---|
| Prepaid Insurance | $451,490 | |
| Prepaid Rent For American Airlines Center | $875,000 | |
| Prepaid Other | $1,052,399 | **Specific Note 1** |
| Membership Deposits | $46,312 | |
| Player Rights, Contracts, And Signing Bonuses, net | $2,346,372 | **Specific Note 2** |
| Prepaid Rent - Frisco | $119,467 | |
| Prepaid Rent - Dr. Pepper Arena | $73,976 | |
| **Total:** | **$4,965,016** | |

**Specific Note 1:** This amount relates to commissions for ticket sales and credit card fees for the 2011-2012 season. Also includes certain arrangements with radio and television companies.

**Specific Note 2**: This amount relates to the unamortized portion of player signing bonuses, which are capitalized over the life of the contracts.

**SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS**

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTION VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Aladdin Capital Management LLC<br>6 Landmark Square<br>Stamford, CT 06901 | | | December 19, 2006<br>First Lien Credit Agreement<br><br>Value $ | X | X | | See Specific Note 1 | |
| ACCOUNT NO.<br><br>Bank Hapoalim BM<br>1177 Avenue of the America<br>New York, New York 10036 | | | December 19, 2006<br>First Lien Credit Agreement<br><br>Value $ | X | X | | See Specific Note 1 | |
| ACCOUNT NO.<br><br>Barclays Bank PLC<br>200 Park Avenue, 3rd Floor<br>New York, NY 10166 | | | December 19, 2006<br>First Lien Credit Agreement<br><br>Value $ | X | X | | See Specific Note 1 | |
| ACCOUNT NO.<br><br>Blackrock Financial Management<br>6 E. 43rd Street 19th Floor<br>New York, NY 10017 | | | December 19, 2006<br>First Lien Credit Agreement<br><br>Value $ | X | X | | See Specific Note 1 | |
| ACCOUNT NO.<br><br>Deerfield Capital Management LLC<br>Bridgeport CLO Ltd c/o Deerfield Capital Mgmt LLC<br>8700 West Bryn Mawr, 12th Floor<br>Chicago IL, 60631 | | | December 19, 2006<br>First Lien Credit Agreement<br><br>Value $ | X | X | | See Specific Note 1 | |

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTION VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Goldman Sachs Group Inc <br>200 West Street <br>New York, NY 10282 | | | December 19, 2006 <br>First Lien Credit Agreement <br><br>Value $ | X | X | | See Specific Note 1 | |
| ACCOUNT NO. <br><br>Halcyon Asset Management LLC <br>477 Madison Avenue, 8th Floor <br>New York, NY 10022 | | | December 19, 2006 <br>First Lien Credit Agreement <br><br>Value $ | X | X | | See Specific Note 1 | |
| ACCOUNT NO. <br><br>JP Morgan <br>383 Madison Avenue, 23rd floor <br>New York, NY 10179 | | | December 19, 2006 <br>First Lien Credit Agreement <br><br>Value $ | X | X | | See Specific Note 1 | |
| ACCOUNT NO. <br><br>Kingsland Capital Management LLC <br>787 Seventh Avenue, Suite 911 <br>New York, NY 10019 | | | December 19, 2006 <br>First Lien Credit Agreement <br><br>Value $ | X | X | | See Specific Note 1 | |
| ACCOUNT NO. <br><br>Natixis <br>1251 Avenue of the Americas <br>New York, NY 10020 | | | December 19, 2006 <br>First Lien Credit Agreement <br><br>Value $ | X | X | | See Specific Note 1 | |
| ACCOUNT NO. <br><br>Monarch Master Funding LTD <br>375 Park Avenue, 14th Floor <br>New York, NY 10152 | | | December 19, 2006 <br>First Lien Credit Agreement <br><br>Value $ | X | X | | See Specific Note 1 | |
| ACCOUNT NO. <br><br>Standard General <br>650 Madison Avenue, 26th Floor <br>New York, NY 10022 | | | December 19, 2006 <br>First Lien Credit Agreement <br><br>Value $ | X | X | | See Specific Note 1 | |
| ACCOUNT NO. <br><br>Stonehill Capital Management <br>885 Third Avenue, 30th Floor <br>New York, NY 10022 | | | December 19, 2006 <br>First Lien Credit Agreement <br><br>Value $ | X | X | | See Specific Note 1 | |
| ACCOUNT NO. <br><br>Third Avenue Trust <br>622 3rd Avenue, 32nd Floor <br>New York, NY 10017 | | | December 19, 2006 <br>First Lien Credit Agreement <br><br>Value $ | X | X | | See Specific Note 1 | |

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTION VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| UBS AG<br>677 Washington Boulevard<br>Stamford, CT 06901 | | | December 19, 2006<br>First Lien Credit Agreement<br><br>Value $ | X | X | | See Specific Note 1 | |
| ACCOUNT NO. | | | | | | | | |
| GE<br>201 Merritt 7, P.O. Box 5201<br>Stamford, CT 06856 | | | December 19, 2006<br>First Lien Credit Agreement<br><br>Value $ | X | X | | See Specific Note 1 | |
| ACCOUNT NO. | | | | | | | | |
| SunAmerica SR FLTG RT FD (Wellington Management)<br>1 SunAmerica Center - 37th Floor<br>Boston, MA 00067 | | | December 19, 2006<br>First Lien Credit Agreement<br><br>Value $ | X | X | | See Specific Note 1 | |
| ACCOUNT NO. | | | | | | | | |
| 111 Capital, LP<br>John Hancock Tower<br>Boston, MA 02116 | | | December 19, 2006<br>Second Lien Credit Agreement<br><br>Value $ | X | X | | See Specific Note 1 | |
| ACCOUNT NO. | | | | | | | | |
| Amegy Bank NA<br>2501 North Harwood, Suite 1600<br>Dallas, TX 75201 | | | December 19, 2006<br>Second Lien Credit Agreement<br><br>Value $ | X | X | | See Specific Note 1 | |
| ACCOUNT NO. | | | | | | | | |
| Anchorage Capital Master Offshore, Ltd.<br>c/o Anchorage Capital Group, LLC<br>610 Broadway, 6th Floor<br>New York, NY 10012 | | | December 19, 2006<br>Second Lien Credit Agreement<br><br>Value $ | X | X | | See Specific Note 1 | |
| ACCOUNT NO. | | | | | | | | |
| Avery Point CLO, Limited<br>John Hancock Tower<br>Boston, MA 02116 | | | December 19, 2006<br>Second Lien Credit Agreement<br><br>Value $ | X | X | | See Specific Note 1 | |
| ACCOUNT NO. | | | | | | | | |
| Barclays Bank, PLC<br>745 7th Avenue, 2nd Floor<br>New York, NY 10019 | | | December 19, 2006<br>Second Lien Credit Agreement<br><br>Value $ | X | X | | See Specific Note 1 | |
| ACCOUNT NO. | | | | | | | | |
| Emporia Preferred Funding II, LTD<br>c/o Ares Capital Corporation<br>280 Park Avenue, 28th Floor<br>New York, NY 10022 | | | December 19, 2006<br>Second Lien Credit Agreement<br><br>Value $ | X | X | | See Specific Note 1 | |

**SCHEDULES**
                                            **SCHEDULE D**
                                            **PAGE 23 of 63**

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTION VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Eton Park Master Fund, LTD.<br>c/o Eton Park Capital Management, L.P.<br>399 Park Ave, 10th Floor<br>New York, NY 10022 | | | December 19, 2006<br>Second Lien Credit Agreement<br><br>Value $ | X | X | | See Specific Note 1 | |
| ACCOUNT NO.<br><br>Fidelity American High Yield Fund<br>c/o Fidelity Investments<br>82 Devonshire Street – V13H<br>Boston, MA 02109 | | | December 19, 2006<br>Second Lien Credit Agreement<br><br>Value $ | X | X | | See Specific Note 1 | |
| ACCOUNT NO.<br><br>Fidelity Canadian Balanced Fund<br>c/o Fidelity Investments<br>82 Devonshire Street – V13H<br>Boston, MA 02109 | | | December 19, 2006<br>Second Lien Credit Agreement<br><br>Value $ | X | X | | See Specific Note 1 | |
| ACCOUNT NO.<br><br>Fidelity Puritan Trust: Fidelity Puritan Fund<br>c/o Fidelity Investments<br>82 Devonshire Street – V13H<br>Boston, MA 02109 | | | December 19, 2006<br>Second Lien Credit Agreement<br><br>Value $ | X | X | | See Specific Note 1 | |
| ACCOUNT NO.<br><br>Goldman Sachs Lending Partners LLC<br>c/o Goldman, Sachs & Co.<br>30 Hudson Street, 38th Floor<br>Jersey City, NJ 07302 | | | December 19, 2006<br>Second Lien Credit Agreement<br><br>Value $ | X | X | | See Specific Note 1 | |
| ACCOUNT NO.<br><br>Eton Park Fund, L.P.<br>c/o Eton Park Capital Management, L.P.<br>399 Park Ave, 10th Floor<br>New York, NY 10022 | | | December 19, 2006<br>Second Lien Credit Agreement<br><br>Value $ | X | X | | See Specific Note 1 | |
| ACCOUNT NO.<br><br>GSP Finance LLC<br>6 East 43rd Street, 19th Floor<br>New York, New York 10017 | | | December 19, 2006<br>Second Lien Credit Agreement<br><br>Value $ | X | X | | See Specific Note 1 | |
| ACCOUNT NO.<br><br>JPMorgan Chase Bank, N.A.<br>383 Park Avenue, Floor 37<br>NY1-M138<br>New York, NY 10179 | | | December 19, 2006<br>Second Lien Credit Agreement<br><br>Value $ | X | X | | See Specific Note 1 | |

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTION VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| Loan Funding XI LLC<br>John Hancock Tower<br>Boston, MA 02116 | | | December 19, 2006<br>Second Lien Credit Agreement<br><br>Value $ | X | X | | See Specific Note 1 | |
| ACCOUNT NO. | | | | | | | | |
| Nash Point CLO<br>John Hancock Tower<br>Boston, MA 02116 | | | December 19, 2006<br>Second Lien Credit Agreement<br><br>Value $ | X | X | | See Specific Note 1 | |
| ACCOUNT NO. | | | | | | | | |
| Race Point IV CLO, LTD.<br>John Hancock Tower<br>Boston, MA 02116 | | | December 19, 2006<br>Second Lien Credit Agreement<br><br>Value $ | X | X | | See Specific Note 1 | |
| ACCOUNT NO. | | | | | | | | |
| UBS AG Stamford Brancd<br>c/o UBS Investment Bank<br>677 Washington Blvd.<br>Stamford, CT 06901 | | | December 19, 2006<br>Second Lien Credit Agreement<br><br>Value $ | X | X | | See Specific Note 1 | |
| ACCOUNT NO. | | | | | | | | |
| Barclays Bank PLC<br>1301 6th Avenue, 8th flr<br>New York, NY 10166 | | | September 15, 2006<br>Determined Hedge Claim<br><br>Value $ | X | X | | See Specific Note 2 | |
| ACCOUNT NO. | | | | | | | | |
| Goldman Sachs Bank, USA<br>200 West St., 20th Floor<br>New York, NY 10282 | | | March 6, 2006<br>Determined Hedge Claim<br><br>Value $ | X | X | | See Specific Note 2 | |
| ACCOUNT NO. | | | | | | | | |
| JP Morgan Chase Bank, N.A.<br>383 Madison Avenue, 23rd floor<br>New York, NY, 10179 | | | June 28, 2006<br>Determined Hedge Claim<br><br>Value $ | X | X | | See Specific Note 2 | |
| ACCOUNT NO. | | | | | | | | |
| Sovereign Bank<br>75 State Street<br>Boston, MA 02109 | | | June 26, 2006<br>Determined Hedge Claim<br><br>Value $ | X | X | | See Specific Note 2 | |
| ACCOUNT NO. | | | | | | | | |
| Wells Fargo<br>1525 WEST WT HARRIS BLVD.<br>Building 3A-2<br>Charlotte, NC 28262 | | | February 9, 2006<br>Determined Hedge Claim<br><br>Value $ | X | X | | See Specific Note 2 | |

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTION VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| PlainsCapital Bank<br>2911 Turtle Creek Blvd.<br>Suite 400<br>Dallas, TX 75219 | | | January 28, 2011<br>UCC Lien<br>Leased Equipment | X | X | | See Specific Note 3<br>Undetermined | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| JP Morgan Purchase Card<br>710 North Pearl Street<br>Dallas, TX 75201 | | | Various Cash Collateral<br>Account | | | | See Specific Note 4<br>$ 112,982 | |
| | | | Value $ | | | | | |

<u>0</u>   continuation sheets attached

| | |
|---|---|
| First and Second Lien and Determined Hedge Claim Cap | $ 149,640,000 |
| JPMorgan Purchase Card | $ 112,982 |
| **Total** | $ 149,752,982 |

(Report also on Summary of Schedules.)

0

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

Specific Notes Related To Schedule D

**Specific Note 1:** Each Debtor is a guarantor under (i) that certain Amended and Restated First Lien Credit and Guaranty Agreement, dated as of December 19, 2006 (as amended, restated, supplemented, or otherwise modified from time to time, the "First Lien Credit Agreement"), and (ii) that certain Second Lien Credit and Guaranty Agreement, dated as of December 19, 2006 (as amended, restated, supplemented, or otherwise modified from time to time, the "Second Lien Credit Agreement" and together with the First Lien Credit Agreement, collectively, the "HSG Credit Agreements"). The hedging or swap agreements related to the HSG Credit Agreements ( the "Determined Hedge Agreements") are also secured by a first lien on substantially all of the assets of the Debtors. Notwithstanding the foregoing, the guaranty of the principal amount of obligations under the HSG Credit Agreements and the Determined Hedge Agreements for the Dallas Stars, and each of its direct and indirect subsidiaries, is limited to a maximum total aggregate amount of $140,000,000; under that certain letter agreement, dated as of December 19, 2006, among HSGH, HSG, the Debtors, certain other subsidiaries of HSG, the First Lien Prepetition Agent, the Second Lien Prepetition Agent, and the NHL (as amended, the "NHL Consent Letter"), the capped principal amount is $139,640,000. The amount secured in respect of principal and all other obligations is capped at $150,000,000; under the NHL Consent Letter, the amount secured in respect of principal and all other obligations is capped at $149,640,000. Dallas Arena's guaranty of the obligations under the HSG Credit Agreements and the Determined Hedge Agreements is not expressly capped. The Debtors and the NHL believe that Dallas Arena may be covered by the cap amounts under the NHL Consent Letter because the cap amounts apply with respect to all Hockey-Related Assets (as defined in the NHL Consent Letter), while the Prepetition First Lien Agent and certain Prepetition First Lien Lenders assert that the assets of Dallas Arena are not covered by such cap amounts and that such assets are not "Hockey-Related Assets," as that term is used in the NHL Consent Letter.

**Specific Note 2:** Pursuant to the Prepackaged Plan, the Determined Hedge Claim shall constitute a First Lien Secured Claim under a Hedge Agreement (as defined in the First Lien Credit Agreement) and shall be calculated based upon: (i) the allowed amount of such holder's claim as stipulated by such holder and the debtors in In re Rangers Equity Holdings, L.P., et al., Case No. 10-43624 (Bankr. N.D. Tex. 2010) on or about December 21, 2010, pursuant to docket entries No. 140, 143, 146, 155 and 159 in such case, minus (ii) the aggregate amount of any distributions on account of such claims received by such holder from the First Lien Administrative Agent or First Lien Collateral Agent following December 21, 2010, plus (iii) interest accrued on such claim following the date of such stipulation, calculated in a manner consistent with the calculation of post-termination interest utilized by the debtors in In re Rangers Equity Holdings, L.P., et al. in stipulating to such allowed claim amounts on or about December 21, 2010.

**Specific Note 3:** This relates to capital leases financed by PlainsCapital Bank primarily for office equipment.

**Specific Note 4:** This amount reflects the outstanding balance of the JPMorgan Purchase Card Deposit Account as of the Commencement Date.

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as A.B., a minor child, by John Doe, guardian. Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY** (Check the Appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐    **Certain farmers and  fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposit by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒    **Taxes and Other Certain Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_____1_____  Continuation sheets attached


* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**SCHEDULE E- CREDITORS HOLDING UNSECURED PRIORITY CLAIMS**

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Texas State Comptroller<br>PO Box 13528, Capital Station Austin, TX 78711<br><br>Value $ | | | August Sales Tax | | | | $        265,253 | |
| ACCOUNT NO.<br>John Ames - Tax Assessor/Collector<br>500 Elm Street<br>Dallas, TX 75202<br><br>Value $ | | | 2011 Dallas County Personal Property Taxes | | X | | Undetermined | |
| ACCOUNT NO.<br>Kenneth Maun - Tax Assessor/Collector<br>P.O. Box 8006<br>McKinney, TX 75070<br><br>Value $ | | | 2011 Collin County Personal Property Taxes | | X | | Undetermined | |
| ACCOUNT NO.<br>Ron Wright - Tax Assessor/Collector<br>100 E. Weatherford<br>Fort Worth, TX  76196<br><br>Value $ | | | 2011 Tarrant County Personal Property Taxes | | X | | Undetermined | |

_____0_____ continuation sheets attached                    Total      $        265,253

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See instructions above) | CODEBTOR | HUSBAND, WIFE OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Intercompany Payable, net | | | See Exhibit F1 immediately following Schedule F | | | | $154,474,564 |
| ACCOUNT NO.<br><br>Unsecured Trade Payables | | | See Exhibit F2 immediately following Exhibit F1 | | | | $1,102,271 |
| | | | Subtotal<br>(Total of this page) | | | | $    $155,576,835 |

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

(Continuation Sheet)

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Lease Termination Payments | | | See Exhibit F3 immediately following Exhibit F2 | | | | $1,028,265 |
| ACCOUNT NO.<br><br>Other Compensation Obligations | | | See Exhibit F4 immediately following Exhibit F3 | | | | $4,842,904 |
| ACCOUNT NO.<br><br>NHL SERP | | | See Exhibit F5 immediately following Exhibit F4 | | | | $389,163 |
| ACCOUNT NO.<br><br>General Electric Capital Corporation<br>363 North Sam Houston Parkway East, Suite 1200<br>Houston, TX 77060 | | | | X | X | | See Specific Note 1 |
| ACCOUNT NO.<br><br>CFV I LLC<br>c/o NHL Enterprises, Inc.<br>Attn: William Daly<br>1185 Avenue of the Americas<br>New York, NY 10036 | | | | | | | See Specific Note 2<br>$51,713,789 |

|  |  |
|---|---|
| Subtotal<br>(Total of this page) | $ $57,974,121 |
| Total | $ $213,550,956 |

  6    continuation sheets attached

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**Specific Notes Related To Schedule F**

**Specific Note 1:** The Debtor entered into a Guaranty of Recourse Obligations of Borrower and a Hazardous Materials Indemnity Agreement in connection with certain loan agreements for Plano StarCenter. Pursuant to such guaranty, the guaranty obligations of the Debtor is limited to certain matters that include Plano StarCenter's criminal acts, misapplication of funds derived from the property, acts of fraud or misrepresentation, failure to maintain insurance, and damage to the property caused by intentional acts of Plano StarCenter or its agents, among other things. The Debtor is not aware of any claims pursuant to such guaranty obligations.

**Specific Note 2:** Pursuant to the terms of that certain NHL Consent Letter, dated December 19, 2006, the rights of the secured lenders under the First and Second Lien Credit Agreements are subordinated to CFV I LLC.

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**EXHIBIT F 1 - Intercompany Payable, net**

| Category | Net Book Value as of 9/15/2011 | |
|---|---:|---|
| Intercompany Payable - Dallas Arena | $1,679,699 | **Specific Note 1** |
| Intercompany Payable - HSG | $143,085,825 | **Specific Note 2** |
| Intercompany Payable - Plano StarCenter | $9,709,040 | **Specific Note 3** |
| **Total:** | **$154,474,564** | |

**Specific Note 1**:  Beginning in December 2009, income attributable to Dallas Arena's limited partnership interest in COC was distributed to Dallas Stars on behalf of Dallas Arena, creating an intercompany payable and receivable between Dallas Stars and Dallas Arena.

**Specific Note 2:** This intercompany payable reflects historical advances from HSG to Dallas Stars to fund cash shortfalls. Pursuant to the Affiliate Agreement, prior to the closing of a Sale, this intercompany payable will be contributed by HSG to Dallas Stars.

**Specific Note 3:**  This intercompany payable reflects income generated by Plano StarCenter, which was historically distributed to Dallas Stars creating an intercompany payable and receivable between Dallas Stars and Plano StarCenter.

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**EXHIBIT F 2 - Unsecured Trade Payables**

| Vendor Name | Address | City | State | Zip | C | U | D | Claim Amount as of 9/15/2011 |
|---|---|---|---|---|---|---|---|---|
| BWD Group LLC | P.O. Box 9050 | Jericho | NY | 11753-8950 | | | | 550,409.51 |
| Nike Bauer Hockey USA, Inc. | 3958 Collections Center Drive | Chicago | IL | 60693 | | | | 71,056.74 |
| AON Risk Svcs Of Missouri Inc | 8182 Maryland Avenue | Saint Louis | MO | 63105 | | | | 68,158.75 |
| Blackall Mechanical Inc | 3210 Belt Line Road | Farmers Branch | TX | 75234 | | | | 65,592.84 |
| Warrior Sports Inc | 16151 Collections Center Drive | Chicago | IL | 60693 | | | | 62,930.93 |
| PC Connection | 730 Milford Road | Merrimack | NH | 03054 | | | | 32,252.49 |
| Reliant Energy Retail Services | P.O. Box 120954 | Dallas | TX | 75312-0954 | | | | 23,125.09 |
| Ice Training Center | 522 Centennial Blvd | Richardson | TX | 75081 | | | | 18,081.25 |
| National Hockey League | 1800 McGill College Ave., Suite 2600 | Montreal | QC | H3A 3J6 | | | | 17,741.94 |
| Anything Goes Moving Co | 2005 White Oak Rd | McKinney | TX | 75070 | | | | 15,008.00 |
| Sherbrook Hockey Co | 3905 Lesage | Sherbrooke | QC | J1L 2Z9 | | | | 13,680.00 |
| Easton Sports, Inc. | P.O. Box 406786 | Atlanta | GA | 30384-6786 | | | | 12,312.69 |
| Wooden Sticks Golf Inc. | 40 Elgin Park Dr, P.O. Box 848 | Uxbridge | ON | L9P 1N2 | | | | 11,650.30 |
| Nike Bauer Hockey | 3958 Collections Center Drive | Chicago | IL | 60693 | | | | 7,892.32 |
| Under Armour | P.O. Box 791022 | Baltimore | MD | 21279-1022 | | | | 7,700.28 |
| The Colad Group, LLC | P.O. Box 64344 | Baltimore | MD | 21264-4344 | | | | 7,648.35 |
| Etc Group Inc. | 1112 E Copeland Suite 400 | Arlington | TX | 76011 | | | | 6,900.61 |
| Pacesetter Personnel Service | P.O. Box 2324 | Houston | TX | 77252-2324 | | | | 6,583.85 |
| Plano Office Supply | 705 Avenue K | Plano | TX | 75074 | | | | 5,814.66 |
| Mesa Mechanical Insulators | 400 Cedarwood St | Azle | TX | 76020 | | | | 5,780.00 |
| Proguard Sports, Inc | P.O. Box 258 | Hugo | MN | 55038-0258 | | | | 5,751.72 |
| Cutter & Buck | 701 N 34th, Suite 400 | Seattle | WA | 98103 | | | | 5,271.41 |
| Technology Media Group | 1262 Viceroy Drive | Dallas | TX | 75247 | | | | 4,953.50 |
| Reebok-Ccm Hockey US Inc | P.O. Box 5219 | New York | NY | 10087-5219 | | | | 4,625.76 |
| Pinnacle Physiotherapy Centers | 4105 Gordon Dr | Kelowna | BC | V1W 3B2 | | | | 4,132.00 |
| Center Operating Company LP | 2500 Victory Avenue | Dallas | TX | 75219 | | | | 4,104.47 |
| Southern Associates Llc | 275 W Campbell Road ,Ste 130 | Richardson | TX | 75080 | | | | 3,767.12 |
| Tulco Oils, Inc. | P.O. Box 21228 | Tulsa | OK | 74121-1228 | | | | 3,277.17 |
| Eric Vale | ▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ | ▮▮ | ▮▮▮▮ | | | | 3,218.50 |
| City Of Mckinney | P.O. Box 8000 | McKinney | TX | 75070-8000 | | | | 2,946.53 |
| Tel West Network Services | P.O. Box 81553 | Austin | TX | 78708-8708 | | | | 2,694.03 |
| Ice Skating Institute | 6000 Custer Rd Bldg 9 | Plano | TX | 75023 | | | | 2,600.00 |
| Mayo Clinic Rochester | P.O. Box 1658 | Minneapolis | MN | 55480-1658 | | | | 2,347.13 |
| Adobe Graphics And Deisgn Inc | P.O. Box 2122 | Great Neck | NY | 11022 | | | | 2,250.00 |
| United Parcel Service | P.O. Box 7247-0244 | Philadelphia | PA | 19170-0001 | | | | 2,095.42 |
| Exciting Events, Inc | 2020 S. Calhoun Road | New Berlin | WI | 53151 | | | | 1,790.00 |
| Kleentek Business Solutions | P.O. Box 154922 | Irving | TX | 75015-4922 | | | | 1,551.50 |
| NHL Enterprises L.P. | 1185 Avenue Of The Americas, 11th Floor | New York | NY | 10036 | | | | 1,500.00 |
| New England Sports Sales  Inc | 22 Prospect Street, Unit #6 | Woburn | MA | 01801 | | | | 1,473.97 |
| Crown Trophy Of Lewisville | 701 S Old Orchard, # A | Lewisville | TX | 75067 | | | | 1,263.60 |
| Kleentek Business Solutions | P.O. Box 154922 | Irving | TX | 75015-4922 | | | | 1,190.75 |
| Alphagraphics | 2722 N. Josey Lane, Suite 100 | Carrollton | TX | 75007 | | | | 1,133.04 |
| Alphagraphics Inc. | 3959 N. Beltline Road | Irving | TX | 75038 | | | | 1,077.07 |
| Texas Neurology, P.A. | P.O. Box 847758 | Dallas | TX | 75284 | | | | 1,071.33 |

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

**EXHIBIT F 2 - Unsecured Trade Payables**

| Vendor Name | Address | City | State | Zip | C | U | D | Claim Amount as of 9/15/2011 |
|---|---|---|---|---|---|---|---|---|
| John Sons Press | 3300 South Freeway | Fort Worth | TX | 76110 | | | | 995.90 |
| Starlite Sign, LP | 7923 East Mckinney | Denton | TX | 76208 | | | | 931.18 |
| Eggers On Stage | 3302 Old Alvin Rd., Suite A | Pearland | TX | 77581 | | | | 868.50 |
| Siemens Industry Incorporated | P.O. Box 2134 | Carol Stream | IL | 60132-2134 | | | | 811.69 |
| Severyn Sports, Inc. | 4521 Avebury Drive | Plano | TX | 75024 | | | | 772.50 |
| Alleson Of Rochester, Inc. | 2921 Brighton Henrietta | Rochester | NY | 14623 | | | | 736.67 |
| AMS Staff Leasing | 5501 LBJ Freeway, Suite 108 | Dallas | TX | 75240 | | | | 695.62 |
| Blackstone | 1919 Setterington Dr | Kingsville | ON | N9Y 2E5 | | | | 657.00 |
| Inkjet International Ltd | 4443 Simonton Road | Dallas | TX | 75244 | | | | 649.60 |
| Alleson Athletic, A Division Of Rochester, Inc. | P.O. Box 14180 | Rochester | NY | 14614-4180 | | | | 637.52 |
| Christopher John Debaene | ███████████████ | | | | | | | 630.00 |
| Brook Furniture Rental, Inc | 24997 Network Place | Chicago | IL | 60673-1249 | | | | 622.18 |
| Dallas Anes Associates Pa | P.O. Box 678044 | Dallas | TX | 75267 | | | | 583.58 |
| Shaun Federspiel | ███████████████ | | | ███████ | | | | 580.00 |
| Dominic De La Guardia | | | | | | | | 565.00 |
| AC Printing | 3400-1 S. Raider Drive | Euless | TX | 76040 | | | | 562.90 |
| Bauer Nike Hockey USA Inc. | 6660A Millcreek Dr | Mississauga | ON | L5N8B3 | | | | 542.76 |
| Tel West Network Services | P.O. Box 81553 | Austin | TX | 78708-8708 | | | | 531.12 |
| AT&T | P.O. Box 5001 | Carol Stream | IL | 60197-5001 | | | | 519.57 |
| Northwest Propane Gas Company | 11551 Harry Hines Blvd | Dallas | TX | 75229 | | | | 501.45 |
| Sunstate Equipment Co LLC | P.O. Box 52581 | Phoenix | AZ | 85072-2581 | | | | 497.09 |
| Chris Barton | ███████████████ | | | ███████ | | | | 474.50 |
| Albert De La Guardia | | | | | | | | 460.00 |
| Christopher James Hope | | | | | | | | 445.00 |
| UPS | P.O. Box 7247-0244 | Philadelphia | PA | 19170-0001 | | | | 440.41 |
| Dr. Hugh A. Frederick Md | 9301 N Central Express Way, Suite 35 | Dallas | TX | 75231 | | | | 429.35 |
| James Pikl | ███████████████ | | | ███████ | | | | 420.00 |
| Nash Sports | R. R. #1 | Lakefield | ON | K0L 2H0 | | | | 392.00 |
| Rental One | P.O. Box 489 | Colleyville | TX | 76034 | | | | 386.45 |
| James Donald Harty | ███████████████ | | | ███████ | | | | 380.00 |
| John L. McDowell | | | | | | | | 360.00 |
| Ogletree, Deakins, Nash, Smoak & Stewart, P.C. | P.O. Box 89 | Columbia | SC | 29202 | | | | 340.00 |
| Kenneth L. Maun, Tax Assessor Collector, Collin Cc | P.O. Box 8006 | McKinney | TX | 75070-8046 | | | | 339.50 |
| Dr Pepper Snapple Group | P.O. Box 910433 | Dallas | TX | 75391-0433 | | | | 321.40 |
| Innovative Concepts In Entertainment Inc. | 10123 Main St | Clarence | NY | 14031 | | | | 313.86 |
| Stahl's Hortonix | 1 Stahl Drive, R.D. 1 Box 70 | Masontown | PA | 15461 | | | | 304.21 |
| Nicholas James Harty | ███████████████ | | | ███████ | | | | 300.00 |
| Matthew Staley | | | | | | | | 290.00 |
| Rosanne Raimond-Claytor | | | | | | | | 260.00 |
| Christopher M. Hoyt | | | | | | | | 250.00 |
| Balloon Products Of America | 2642 Andjon Drive | Dallas | TX | 75220 | | | | 219.75 |
| Trevor Lobue | ███████████████ | | | ███████ | | | | 215.00 |
| Sean C Mcenany | | | | | | | | 210.00 |
| Kimberly Staley | | | | | | | | 205.00 |
| Six Flags Over Texas | P.O. Box 911974 | Dallas | TX | 75391 | | | | 204.03 |

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**EXHIBIT F 2 - Unsecured Trade Payables**

| Vendor Name | Address | City | State | Zip | C | U | D | Claim Amount as of 9/15/2011 |
|---|---|---|---|---|---|---|---|---|
| Judy Baron | | | | | | | | 200.00 |
| Steve Hunt | | | | | | | | 200.00 |
| TMH Productions | 2906 Hancock Dr | Frisco | TX | 75034 | | | | 200.00 |
| United Rentals Northwest Inc | File 51122 | Los Angeles | CA | 90074-1122 | | | | 197.45 |
| Directv | P.O. Box 60036 | Los Angeles | CA | 90060-0036 | | | | 196.55 |
| Euless B&B Wrecker Service | 1201 W  Euless Blvd | Euless | TX | 76040 | | | | 191.25 |
| Peco Enterprise | 1910 Silver Street | Garland | TX | 75042 | | | | 185.00 |
| Beth A. Tomczyk | | | | | | | | 150.00 |
| Health Tx Surgical Institute | 3600 Gaston Ave | Dallas | TX | 75246 | | | | 148.56 |
| All American Balloons | 2406 East Randol Mill Road | Arlington | TX | 76012 | | | | 142.80 |
| Ryan Hutt | | | | | | | | 140.00 |
| Anthony J. Trementozzi | | | | | | | | 140.00 |
| Accuhealth, Inc | 208 W Spring Valley Rd | Richardson | TX | 75081 | | | | 135.00 |
| Jarred Davis | | | | | | | | 125.00 |
| Hayden Alexandra Sprawls | | | | | | | | 115.00 |
| Anne Bell | | | | | | | | 112.50 |
| Stefanie Toppel | | | | | | | | 110.00 |
| #1 Apparel | P.O. Box 5251 | New York | NY | 10087-5251 | | | | 100.00 |
| Bruce Levine | | | | | | | | 100.00 |
| Riedell Shoes  Inc. | 122 Cannon River Avenue | Red Wing | MN | 55066 | | | | 90.00 |
| Advantage Paper Co. | 4401 Old Denton Road | Fort Worth | TX | 76117 | | | | 87.44 |
| Liz Mangelsdorf | | | | | | | | 82.50 |
| Sean Schutz | | | | | | | | 80.00 |
| Kathleen Villeneuve | | | | | | | | 80.00 |
| Gas & Alloy Supply Co | 1359 Medical District Dr | Dallas | TX | 75207 | | | | 76.50 |
| Mary Arango | | | | | | | | 75.00 |
| Pollstar | 4697 W Jacuelyn | Fresno | CA | 93722-6413 | | | | 75.00 |
| Tina Favre | | | | | | | | 71.88 |
| James David Darr | | | | | | | | 70.00 |
| William Flynn | | | | | | | | 60.00 |
| On Time Couriers, Inc. | 1700 Pacific Avenue, Suite 1040 | Dallas | TX | 75201 | | | | 58.08 |
| Zip Delivery | 10610 Newkirk, Suite 206 | Dallas | TX | 75220 | | | | 51.92 |
| Jennifer A. Floru | | | | | | | | 40.00 |
| Jason S. Hinkel | | | | | | | | 37.89 |
| Josh Shaw | | | | | | | | 30.00 |
| Matheson Tri-Gas Inc | P.O. Box 845502 | Dallas | TX | 75284 | | | | 22.50 |
| Cirque | 2500 N Houston St | Dallas | TX | 75219 | | | | 18.97 |
| Ryan Pikl | | | | | | | | 15.00 |
| | | | | | | | Total: | 1,102,270.70 |

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**EXHIBIT F 3 - Lease Termination Payments**

| Name | Location | Net Book Value as of 9/15/2011 |
|------|----------|-------------------------------|
| Plano Sports Authority | 6500 Preston Meadow<br>Plano, TX 75024 | $344,860 |
| Duncanville Community Group and Economic Development Corporation | 203 E. Wheatland Dr.<br>Duncanville, TX | $683,405 |
| | **Total:** | **$1,028,265** |

**Specific Note**: These claims are on account of obligations incurred due to the early termination of certain leases.

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

**EXHIBIT F 4 - Other Compensation Obligations**

| Category | Name | Address | Net Book Value as of 9/15/2011 |
|---|---|---|---|
| Contractual Obligation for Player Picked Up On Waiver | New York Rangers Hockey Club | Two Pennsylvania Plaza New York, NY 10121 | $2,000,000 |
| Contract Termination Obligations | Marc Crawford | | $1,101,654 |
| Deferred Signing Bonus | John Klingberg | | $225,000 |
| Deferred Signing Bonus | Patrick Nemeth | | $225,000 |
| Deferred Compensation | Bill Guerin | | $190,000 |
| Deferred Signing Bonus | Brenden Dillon | | $180,000 |
| Deferred Signing Bonus | Thomas Vincour | | $160,000 |
| Deferred Signing Bonus | Scott Glennie | | $90,000 |
| Deferred Signing Bonus | Jack Campbell | | $90,000 |
| Deferred Signing Bonus | Tyler Beskorowany | | $87,500 |
| Deferred Signing Bonus | Philip Larsen | | $85,000 |
| Deferred Signing Bonus | Matt Fraser | | $70,000 |
| Deferred Signing Bonus | Mikhail Stsefanovich | | $67,500 |
| Deferred Signing Bonus | Ondrej Roman | | $65,000 |
| Contract Termination Obligation | Charles Huddy | | $56,250 |
| Deferred Signing Bonus | Luke Gazdic | | $50,000 |
| Deferred Signing Bonus | Mathieu Tousignant | | $40,000 |
| Deferred Signing Bonus | Jace Coyle | | $40,000 |
| Deferred Signing Bonus | Hubert Labrie | | $20,000 |

Total: **$4,842,904**

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

**EXHIBIT F 5 - NHL SERP**

| Category | Name | Address | Net Book Value as of 9/15/2011 |
|---|---|---|---|
| NHL SERP | Ken Hitchcock | | $204,542 |
| NHL SERP | Robert Clarke | | $68,570 |
| NHL SERP | Marc Crawford | | $38,336 |
| NHL SERP | Pierre Page | | $31,855 |
| NHL SERP | John Ferreira | | $29,489 |
| NHL SERP | Doug Armstrong | | $16,371 |
| | | **Total:** | **$389,163** |

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐　　Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE ON CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Player Agreements | See Exhibit G1 immediately following Schedule G |
| Employment Agreements | See Exhibit G2 immediately following Exhibit G1 |
| Broadcast Agreements | See Exhibit G3 immediately following Exhibit G2 |
| Real Estate Agreements | See Exhibit G4 immediately following Exhibit G3 |
| Concessionaire Agreement | See Exhibit G5 immediately following Exhibit G4 |
| Sponsorship Agreements | See Exhibit G6 immediately following Exhibit G5 |
| League Agreements | See Exhibit G7 immediately following Exhibit G6 |
| Benefit Plan Agreements | See Exhibit G8 immediately following Exhibit G7 |
| Suite License Agreement | See Exhibit G9 immediately following Exhibit G8 |
| Ticketing Agreement | See Exhibit G10 immediately following Exhibit G9 |
| IT Agreements | See Exhibit G11 immediately following Exhibit G10 |
| Other Agreements | See Exhibit G12 immediately following Exhibit G11 |
| Professional Services Agreements | See Exhibit G13 immediately following Exhibit G12 |
| Service Agreements | See Exhibit G14 immediately following Exhibit G13 |
| HSG Note Agreements | See Exhibit G15 immediately following Exhibit G14 |
| Affiliate Agreement | See Exhibit G16 immediately following Exhibit G15 |

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**Exhibit G 1 - Player Agreements**

| Contracting Party | Address | City/State/Zip |
|---|---|---|
| Aaron Gagnon | [redacted] | |
| Adam Burish | | |
| Adam Pardy | | |
| Alex Goligoski | | |
| Andrew Raycroft | | |
| Brad Lukowich | | |
| Brad Richards | | |
| Brandon Segal | | |
| Brenden Dillon | | |
| Brenden Morrow | | |
| Brent Krahn | | |
| Brian Sutherby | | |
| Colton Sceviour | | |
| Dan Spang | | |
| Fabian Brunnstrom | | |
| Francis Wathier | | |
| Guillaume Monast | | |
| Hubert Labrie | | |
| Jace Coyle | | |
| Jack Campbell | | |
| Jacob Dowell | | |
| Jamie Benn | | |
| Jamie Craig Langenbrunner | | |
| Jason Williams | | |
| Jeff Woywitka | | |
| John Klingberg | | |
| Jordie Benn | | |
| Kari Lehtonen | | |
| Karlis Skrastins | | |
| Krystofer Barch | | |
| Loui Eriksson | | |
| Luke Gazdic | | |
| Mark Fistric | | |
| Mathieu Tousignant | | |
| Matt Fraser | | |
| Maxime Fortunus | | |
| Michael Neal | | |
| Michael Ryder | | |
| Mike Hedden | | |
| Mike T. Ribeiro | | |
| Mikhail Stsefanovich | | |
| Nick Layton | | |
| Nicklas Grossman | | |
| Ondrej Roman | | |
| Patrik Nemeth | | |
| Philip Larsen | | |
| Radek Dvorak | | |

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**Exhibit G 1 - Player Agreements**

| Contracting Party | Address | City/State/Zip |
|---|---|---|
| Raymond Sawada | | |
| Richard Bachman | | |
| Ryan Garbutt | | |
| Scott Glennie | | |
| Sean Avery | | |
| Sean Backman | | |
| Sergei Korostin | | |
| Severin Blindenbacher | | |
| Sheldon Souray | | |
| Stephane Robidas | | |
| Stephen Schultz | | |
| Steve Ott | | |
| Toby Petersen | | |
| Tom Wandell | | |
| Tomas Vincour | | |
| Travis Morin | | |
| Trevor Daley | | |
| Trevor Ludwig | | |
| Tristan King | | |
| Tyler Beskorowany | | |
| Vadim Khomitski | | |
| Vernon Fiddler | | |

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**Exhibit G 2 - Employment Agreements**

| Contracting Party | Address | City/State/Zip |
|---|---|---|

*Executive Agreements*
Frank Provenzano
Joe Nieuwendyk
Les Jackson
Tony Tavares

*Coaches Agreements*
Charlie Huddy
Glen Gulutzan
Jeff Pyle
Jeff Truitt
JJ McQueen
Marc Crawford
Mike Valley
Paul Jerrard
Stu Barnes
Willie Desjardins

*Personnel Agreements*
Brian Garcia
Cleo Bates
Craig Lowry
Dave Zeis
DJ Amadio
Steve Sumner

*Scouts Agreements*
Alex Lepore
Bob Gernander
Boris Protsenko
Dan O'Brien
Dennis Holland
Doug Overton
Jimmy Johnston
Jiri Hrdina
Kari Takko
Paul McIntosh
Rickard Oquist
Scott McFadden
Scott White
Shane Churla
Shane Turner
Tim Bernhardt
Wilbert Ott

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**Exhibit G 2 - Employment Agreements**

| Contracting Party | Address | City/State/Zip |
|---|---|---|
| *Other Employment Agreements* | | |
| Bill Strong | | |
| Daryl Reaugh | | |
| Dr. Mark Muller | | |
| Mark Vittorio | | |
| Ralph Strangis | | |
| The University of Texas Southwestern Medical Center at Dallas, Jeffrey Kenkel, M.D. | 5323 Harry Hines Blvd. | Dallas, Texas 75390-9062 |
| | | |
| *Indemnity Agreement* | | |
| Robert Hutson | 2601 Avenue of the Stars | Frisco, TX 75034 |

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**Exhibit G 3 - Broadcast Agreements**

| Contracting Party | Address | City/State/Zip |
|---|---|---|
| ARC Holding, LTD | 100 E. Royal Lane Suite 200 | Irving, TX 75039 |
| Lone Star Mobile Television Partners, LP | 100 E. Royal Lane Suite 200 | Irving, TX 75039 |
| Susquehanna Radio Corp | 3500 Maple Avenue, Suite 310 | Dallas, TX 75219 |
| Television Stations Group Partner I Inc., on behalf of KTXA-TV | 5233 Bridge Street | Ft. Worth, Texas 76103 |

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**Exhibit G 4 - Real Estate Agreements**

| Contracting Party | Address | City/State/Zip |
|---|---|---|
| *Lease Agreements* | | |
| CSH Texas, Inc. | 361 First Street S.E. | Medicine Hat, AB T1A 0A6, Canada |
| Texas D League Management, LLC | 477 Madison Ave, 3rd Floor | New York, NY 10022 |
| | | |
| *COC Agreements* | | |
| Arena Group | 2500 Victory Avenue | Dallas, TX  75219 |
| Center Operating Company, L.P. | 2500 Victory Avenue | Dallas, TX  75219 |
| | | |
| *Euless Agreement* | | |
| City of Euless, Texas | 201 N. Ector Drive | Euless, TX  76039 |
| | | |
| *Farmers Branch Agreement* | | |
| City of Farmers Branch, Texas | PO Box 819010 | Farmers Branch, TX  75381 |
| | | |
| *Frisco Sports Complex Agreements* | | |
| City of Frisco, TX | 6891 Main St. | Frisco, TX  75034 |
| Frisco Rough Riders | 1000 Ballpark Way Ste. 400 | Arlington, TX 76011 |
| Frisco Sports Complex | 6891 Main St. | Frisco, TX  75034 |
| SSG Mandalay Baseball Partners, LP | 4751 Wilshire Blvd, 3rd Flr. | Los Angeles, CA 90010 |
| SSR Collin Land, LP | 100 Crescent Crt, 12th Flr. | Dallas, TX 75201 |
| SSR GP Interests, LP | 100 Crescent Crt, 12th Flr. | Dallas, TX 75201 |
| | | |
| *McKinney Agreement* | | |
| City of McKinney | P.O. Box 517 | McKinney, TX  75070 |
| | | |
| *Termination Agreements* | | |
| Plano Sports Authority, Inc. | 6500 Preston Meadow | Plano, TX  75024 |
| Duncanville Community and Economic Development Corporation | 203 E. Wheatland Dr. | Duncanville, TX  75116 |

**SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**Exhibit G 5 - Concessionaire Agreements**

| Contracting Party | Address | City/State/Zip |
|---|---|---|
| Catering Special Events, Inc. d/b/a Harmon Hospitality Group | 12720 Hillcrest Rd. | Dallas, TX 75230 |
| Levy Premium Foodservice, LLP | 980 N. Michigan Ave, Ste. 400 | Chicago, IL 60611 |

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**Exhibit G 6 - Sponsorship Agreements**

| Contracting Party | Address | City/State/Zip |
|---|---|---|
| A#1 Air | 1605 Crescent Circle, Ste 200 | Carrollton, TX 75006 |
| AdvoCare International, LP | 2801 Summit Ave. | Plano, TX 75074 |
| Allied Solution, LLC | 2805 North Dallas Pkwy, Ste 300 | Plano, TX 75093 |
| American Airlines, Inc. | 4333 Amon Carter Blvd, MD 5380 | Fort Worth, TX 76155 |
| American Bottling Company d/b/a Dr. Pepper Bottling Co. of Texas | 5301 Legacy Drive | Plano, TX 75024 |
| ANC Sports Enterprises, LLC | 2 Manhattanville Rd, Ste 402 | Purchase, NY 10577 |
| Anheuser-Busch | 1800 W. Loop South, Ste 1175 | Houston, TX 77025 |
| Anheuser-Busch Companies, Inc. | 225 E John Carpenter Fwy, Ste 900 | Irving, TX 75062 |
| Arcodoro & Pomodoro | 100 Crescent Court, Ste 140 | Dallas, TX 75201 |
| AT&T | 1999 Bryan St, Ste 1800 | Dallas, TX 75201 |
| Audi of America, Inc | 6101 Long Prairie Rd, Ste 744-175 | Flower Mound, TX 75028 |
| Autobahn Motorcar Group | 3000 White Settlement | Fort Worth, TX |
| Baylor Medical Center at Frisco | 5601 Warren Parkway | Frisco, TX |
| Bellagio, LLC | 3600 Las Vegas Blvd, South | Las Vegas, NV |
| BIGG Capital Holdings, LLC | 6860 North Dallas Parkway, Ste 200 | Plano, TX |
| BlueCross BlueShield of Texas | 1001 East Lookout Dr. | Richardson, TX |
| Boardwalk Auto Group, LLC | 5930 West Plano Pkwy | Plano, TX |
| Brinker International | 6820 LBJ Freeway | Dallas, TX |
| BUBBA Foods, LLC | 4339  Roosevelt Blvd. Suite 400 | Jacksonville, FL |
| Busch Media Group, Inc. | One Busch Place (202-4) | St. Louis, MO |
| CareNow | 14856 Preston Rd., Suite 100 | Dallas, TX 75254 |
| Cirro Group, Inc | 501 West George Bush HWY | Richardson, TX |
| Classic BMW | 6800 Dallas Parkway | Plano, TX |
| Classic Foods | 629 Mony St | Fort Worth, TX |
| Clear Channel Radio Dallas | 14001 Dallas Pkwy, Ste 300 | Dallas, TX |
| Clear Investigative Advantage, LLC | 4801 Arapaho Road #300 | Addison, TX 75001 |
| Columbia/Green Oaks Behavioral Health Care | 7808 Clodus Fields Dr. | Dallas, TX |
| Concussion, LLP | 707 West Vickery Blvd, Ste 103 | Fort Worth, TX |
| Dallas All In Fun, LTD | 4514 Travis St Ste 220 | Dallas, TX  75205 |
| Dallas Convention & Visitors Bureau | 325 North St. Paul Street #700 | Dallas, TX 75201 |
| Delta Dental Insurance Company | 700 Parker Square, Ste 150 | Flower Mound, TX |
| Dick's Sporting Goods | 1700 West 78th Street | Richfield, MN |
| Don Ross Nabb Productions Companies, LLC | 711 South Carson Street | Carson City, NV |
| Dr. Pepper Bottling Company of Texas | 2304 Century Center Blvd | Irving, TX 75062 |
| Dunkin Brands, Inc. | 130 Royall St. | Canton, MA |
| EAN Holdings, Inc. | 8200 John Carpenter Freeway | Dallas, TX |
| Easton Sports | 7855 Haskell Avenue, Suite 200 | Van Nuys, California 91406 |
| Enterprise Rent-a-Car | 600 Corporate Park Dr | St. Louis, MO |
| etc group | 1112 East Copeland Rd., Ste. 400 | Arlington, TX |
| Facilitech, Inc. | 7716 Pence Rd # C | Charlotte, NC 28215 |
| FITCO Fitness Center Outfitters, LLC | 2101 Midway Rd., Suite 240 | Carrollton, TX 75006 |
| Frisco Economic Development Corp. | 6801 Gaylord Pkwy, Ste 400 | Frisco, TX |
| Frito-Lay North America, Inc. | 7701 Legacy Dr. | Plano, TX |
| Frontier Mobile Media | 6850 TPC Dr, #200 | McKinney, TX |
| Fuzzy's Taco Shop | 200 Bailey Ave, Ste 100 | Fort Worth, TX |
| Galleria Dallas | 13350 Dallas Pkwy, Ste 3080 | Dallas, TX |
| Gazebo Burger | 6801 Warren Pkwy. | Frisco, TX |

**SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**Exhibit G 6 - Sponsorship Agreements**

| Contracting Party | Address | City/State/Zip |
|---|---|---|
| Gigantic Color | 7900 Ambassador Row | Dallas, TX |
| Government Employees Insurance Co. | 5260 Western Ave | Chevy Chase, MD |
| Grand Prairie Ford | 701 E. Palace Parkway | Grand Prairie, TX |
| Heineken USA Inc | 360 Hamilton Ave | White Plains, NY |
| Heineken USA Incorporated | 1231 Greenway Dr., Ste. 420 | Irving, TX |
| Hobart Canada | 716 Gordon Baker Road, Suite 206 | North York, Ontario M2H 3B4 |
| Idearc Media Services - West, Inc. | 2200 W. Airfield Dr. | Dallas, Tx  75261 |
| Immediate Consumption | 9400 N. Central Expwy. Suite 1650 | Dallas, TX 75231 |
| InkJet International, LTD | 4443 Simonton Rd. | Dallas, TX |
| Innovative Solution Advisors, LLC | 14160 Dallas Parkway # 120 | Dallas, TX 75254 |
| J.C. Penney Corporation, Inc. | 6501 Legacy Dr. | Plano, TX |
| Jani-King International Inc. | 4535 Sunbelt Dr. | Addison, TX |
| Kenichi Restaurants - Dallas | 2440 Victory Park Lane | Dallas, TX |
| Lufthansa German Airlines | 21001 North Tatum Blvd., Ste. 450 | Phoenix, AZ |
| McAfee, Inc. | 2821 Mission College Blvd. | Santa Clara, CA 95054 |
| Michael Johnson Performance | 6051 Alma Road | McKinney, TX 75070 |
| MillerCoors, LLC | 250 S. Wacker Dr, Ste 800 | Chicago, IL |
| Moroch & Associates, Inc. | 3625 N Hall St Suite 1200 | Dallas, TX |
| Moroch Entertainment | 3625 North Hall St Suite 1100 | Dallas, TX |
| Morris and Carman, Inc. | 1611 West Ave | Austin, TX |
| Motheral Printing Company | 4251 Empire Road | Fort Worth, TX |
| My Dream Bed, LLC | 4252 A Oak Lawn | Dallas, TX |
| New Generation Mechanical, LLC | 1133 Empire Central Drive | Dallas, TX 75247 |
| New Horizons Computer Learning Center | 150 W John Carpenter Freeway | Irving, TX 75039 |
| North Texas Honda Dealers Association, Inc. | 4245 Central Expressway, 6th Floor | Dallas, TX |
| Northwest Propane Gas, Co | 11551 Harry Hines Boulevard | Dallas, TX 75229 |
| P.F. Chang's China Bistro, Inc. | 7676 E. Pinnacle Peak Rd. | Scottsdale, AZ 85255 |
| Pacesetter Personnel Services | 1818 South Ervay | Dallas, TX |
| Palm Beach Tan, Inc. | 13800 Senlac Dr, Ste 200 | Farmers Branch |
| Pizza Patron Corp | 10999 Petal St | Dallas, TX |
| PlainsCapital Corp | 2323 Victory Ave, Ste 1400 | Dallas, TX |
| Printroom, Inc. | 2520 Mission College Blvd, Ste 202 | Santa Clara, CA |
| Prudential Financial, Inc. | One Corporate Drive | Shelton, CT 06484 |
| RDW Rudy's Allen, LP | 4781 E. Lone Oak Rd | Valley View, TX 76272 |
| Red Bow Photo | 13850 Ballantyne Corp Pl, Ste 150 | Charlotte, NC |
| Reliant Energy Retail Services, LLC | 1000 Main Street | Houston, TX |
| Republic National Distrubuting Company | 1010 Isuzu Parkway | Grand Prairie, TX |
| RideCentric, Inc. | 1717 Main St | Dallas, TX 75201 |
| S&W Signs | 2111 36th Street | Evans, CO 80620 |
| Safeway, Inc | 3663 Briarpark Dr | Houston, TX |
| Sigel's Beverages, LP | 2960 Anode Lane | Dallas, TX |
| Silverleaf Resorts, Inc. | 1221 River Bend Dr, Ste 120 | Dallas, TX |
| Sony Corporation of America | 550 Madison Ave. | New York, NY 10022 |
| Southwest Kia Motors America, Inc. | 39650 LBJ Freeway South | Dallas, TX 75237 |
| Sport Clips, Inc. | 1611 West Ave | Austin, TX |
| Sports Car World | 2503 Butler St. | Dallas, TX |
| Squires & Company | 3624 Oak Lawn Avenue # 200 | Dallas, TX 75219 |
| State Farm Texas | 8900 Amberglen Blvd | Austin, TX |

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**Exhibit G 6 - Sponsorship Agreements**

| Contracting Party | Address | City/State/Zip |
|---|---|---|
| Susquehanna Radio Corp. | 3500 Maple Ave, Ste 1310 | Dallas, TX |
| SW Media group on behalf Registration Corp. | 2100 Ross Ave, Ste 3000 | Dallas, TX |
| Tangerine Salon & Spa | 240 North Denton Tap Road | Coppell, TX |
| Tel West Network Services Corp. | PO Box 81551 | Austin, TX |
| Texas Ford Dealers Advertising Fund, Inc | 1845 Woodall Rogers Freeway | Dallas, TX |
| The Ashton | 2215 Cedar Springs Rd | Dallas, TX |
| The Children's Courtyard | 820 East Dove Loop Rd, apt 825 | Grapevine, TX |
| The Dallas Morning News, Inc. | 508 Young St | Dallas, TX |
| The Sherwin-Williams Company | 101 Prospect Ave. NW | Cleveland, OH 44115 |
| The Stewart Organization | 2300 Gateway Dr. | Irving, TX |
| The Westin Stonebriar | 1549 Legacy Drive | Frisco, TX 75034 |
| Traffic Grafix | 3010 State St # 410 | Dallas, TX 75204 |
| Tylock Eye Care & Laser Center | 3100 North MacArthur Blvd | Irving, TX |
| U.S. Air Force | 3030 Matlock Rd, Ste 120 | Arlington, TX |
| UDR, Inc. | 5430 Lyndon B Johnson Freeway | Dallas, TX 75240 |
| University of Dallas | 1845 East Northgate Drive | Irving, TX 75062 |
| University Sports Publications Company | 570 Elmont Rd | Elmont, NY |
| USPFO for Texas | 2200 W. 35th St., Bldg. 66 | Austin, TX |
| VCIM Partners, LP | 6850 TPC Dr, #210 | McKinney, TX 75070 |

**SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**Exhibit G 7 - League Agreements**

| Contracting Party | Address | City/State/Zip | |
|---|---|---|---|
| AHL - Prof Hockey Players Association CBA | One Monarch Place, Suite 2400 | Springfield, MA 01144 | |
| NHL CBA | 1251 Avenue of the Americas | New York, NY 10020 | |
| NHL Enterprises, LP | 1251 Avenue of the Americas | New York, NY 10020 | |
| NHL Entities | Various | | **Specific Note 1** |
| NHL Member Clubs | Various | | **Specific Note 1** |

**Specific Note 1:** Each as defined in the Prepackaged Plan.

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**Exhibit G 8 - Benefit Plan Agreements**

| Contracting Party | Address | City/State/Zip |
|---|---|---|
| BlueCross BlueShield of TX | 1001 E. Lookout Drive | Richardson, Texas 75082 |
| Delta Dental Insurance Company | 1130 Sanctuary Parkway, Ste 600 | Alpharetta, GA 30009 |
| Prudential | 17950 Preston Road, Suite 300 | Dallas, TX 75252 |

**SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**Exhibit G 9 - Suite License Agreement**

| Contracting Party | Address | City/State/Zip |
|---|---|---|
| Frisco Economic Development Corp. | 6801 Gaylord Pkwy, Ste 400 | Frisco, TX 75034 |

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**Exhibit G 10 - Ticketing Agreement**

| Contracting Party | Address | City/State/Zip |
|---|---|---|
| Ticketmaster, LLC | 4849 Greenville, Ste 500 | Dallas, TX 75206 |

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**Exhibit G 11 - IT Agreements**

| Contracting Party | Address | City/State/Zip |
|---|---|---|
| AT&T | 1999 Bryan St, Suite 1800 | Dallas, TX 75201 |
| ClickSquared | 200 West Street, Ste. 300 | Waltham, MA 02451 |
| CommVault | 2 Crescent Place | Oceanport, NJ 07757 |
| IssueTrak, Inc. | 249 Central Park Ave., Ste. 200 | Virginia Beach, VA 23462 |
| MicroAccounting Solutions | 275 West Campbell Rd., Ste. 130 | Richardson, TX 75080 |
| Microsoft Online Services | 1 Microsoft Way | Redmond, WA 98052 |
| Sparkhound, Inc. | 11207 Proverbs Ave. | Baton Rouge, LA 70816 |
| Tel West Network Services Corp. | PO Box 81551 | Austin, TX |
| The Ultimate Software Group, Inc. | 2000 Ultimate Way | Weston, FL 33326 |
| VMWare | 3401 Hillview Ave. | Palo Alto, CA 94304 |

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**Exhibit G 12 - Other Agreements**

| Contracting Party | Address | City/State/Zip |
|---|---|---|
| Allen Americans Hockey Club | 190 E. Stacy Rd, Ste 1508 | Allen, TX 75002 |
| Becker Arena Products, Inc. | 6611 West Hwy 13 | Savage, MN 55378 |
| Cirque Du Soleil America, Inc. | 980 Kelly Johnson Dr. | Las Vegas, NV 89119 |
| Cirro Energy | 2745 Dallas Parkway, Suite 200 | Plano, Texas 75093 |
| Elan Express, Inc. | 3815 North Mulford Rd | Rockford, IL 61114 |
| Ford Motor Credit Company | 801 E Cambell Rd, Ste 650 | Richardson, TX 75081 |
| Global Sports Services | PO Box 1149 | Amarillo, TX 79105 |
| Hicks Cedar Park, LLC | 100 Crescent Court, Ste 1200 | Dallas, TX 75201 |
| Idaho Steelheads Hockey Club | 251 S. Capitol Blvd | Boise, ID 83702 |
| Reliant Energy Retail Services, LLC | 1000 Main | Houston, TX 77002 |
| Swift Air, LLC | 2406 South 24th Street, Ste E-100 | Phoenix, AZ 85034 |
| Sydex, LLC | 5547 Burlingame Ave SW | Wyoming, MI 49509 |
| Transport Risk Management, Inc. | PO Box 899 | Pine, CO 80433 |
| TVTI Video Technologies, Inc. | 2056 NW Aloclek Dr. #313 | Hillsboro, OR 97124 |
| United Parcel Service, Inc. | 2925 Merrell Rd | Dallas, TX 75229 |
| VRH Partners, LTD | 2601 Ave of the Stars | Frisco, TX 75034 |

**SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**Exhibit G 13 - Professional Services Agreements**

| Contracting Party | Address | City/State/Zip |
|---|---|---|
| Goldman, Magdalin & Krikes, LLP | 1455 Response Road Suite 250 | Sacramento, CA  95815 |
| GSP Securities | 6 East 43rd Street, 19th Floor | New York, NY 10017 |
| Haynes and Boone, LLP | 2323 Victory Ave, Ste 700 | Dallas, TX 75219 |
| KPMG, LLP | 717 N. Harwood St, Ste 3100 | Dallas, TX 75201 |
| Ogletree, Deakins, Nash, Smoak & Stewart, PC | PO Box 89 | Columbia, SC  29202 |
| Richards, Layton & Finger, P.A. | 920 North King Street | Wilmington, DE 19801 |
| Shannon, Gracey, Ratliff & Miller, LLP | 777 Main Street Suite 3800 | Fort Worth, TX  76102 |
| Silverberg, Goldman & Bikoff, LLP | 1101 30th St NW, Ste120 | Washington, DC 20007 |
| The Garden City Group, Inc | 1985 Marcus Ave, Ste 200 | Lake Success, NY 11042 |
| Vincent Lopez Serafino Jenevein, PC | 1601 Elm Street, Suite 4100 | Dallas, TX  75201 |
| Weil, Gotshal & Manges, LLP | 200 Crescent Court, Ste 300 | Dallas, TX 75201 |

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**Exhibit G 14 - Service Agreements**

| Contracting Party | Address | City/State/Zip |
|---|---|---|
| Enterprise Holdings, Inc. | 8200 John Carpenter Freeway | Dallas, TX 75247 |
| Printroom, Inc. | 2520 Mission College Blvd., Ste.202 | Santa Clara, CA 95054 |
| SplitSeasonTickets, LLC | 1762 Westminster Ave. | Costa Mesa, CA 92627 |

**SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**Exhibit G 15 - HSG Note Agreements**

| Contracting Party | Address | City/State/Zip |
|---|---|---|
| Barclays Bank, PLC | 200 Park Ave | New York, NY 10017 |
| GSP Finance LLC | 6 E 43rd St, 19th Floor | New York, NY 11203 |
| JP Morgan Chase Bank | 270 Park Ave | New York, NY 10017 |
| National Hockey League | 1251 Avenue of the Americas | New York, NY 10020 |

**SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**Exhibit G 16 - Affiliate Agreement**

| Contracting Party | Address | City/State/Zip |
|---|---|---|
| HSG Sports Group LLC | 100 Crescent Court, Suite 1200 | Dallas, Texas 75201 |
| HSG Sports Group Holdings LLC | 100 Crescent Court, Suite 1200 | Dallas, Texas 75201 |
| Hicks Holdings LLC | 100 Crescent Court, Suite 1200 | Dallas, Texas 75201 |
| Plano StarCenter, LLC | 2601 Avenue of the Stars | Frisco, Texas 75034 |
| Dallas Arena LLC | 2601 Avenue of the Stars | Frisco, Texas 75034 |

**Specific Note:** The Affiliate Agreement is further described in the General Notes.

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐      Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| HSG Sports Group Holdings LLC | 100 Crescent Court, Suite 120, Dallas, TX 75201 |
| HSG Partnership Holdings LLC | 100 Crescent Court, Suite 120, Dallas, TX 75201 |
| Dallas Arena LLC | 100 Crescent Court, Suite 120, Dallas, TX 75201 |
| Southwest Sports Television, L.P. | 100 Crescent Court, Suite 120, Dallas, TX 75201 |
| Dallas Stars U.S. Holdings Corp. | 100 Crescent Court, Suite 120, Dallas, TX 75201 |
| StarCenters LLC | 100 Crescent Court, Suite 120, Dallas, TX 75201 |
| Rangers Equity Holdings, L.P. | 1000 Ballpark Way, Suite 400 Arlington, TX 76011 |
| Rangers Equity Holdings GP, LLC | 1000 Ballpark Way, Suite 400 Arlington, TX 76011 |
| Emerald Diamond, L.P. | 1000 Ballpark Way, Suite 400 Arlington, TX 76011 |
| Southwest Sports Group Baseball, L.P. | 100 Crescent Court, Suite 120, Dallas, TX 75201 |

**Specific Note**: While Texas Rangers Baseball Partners ("TRBP") was a guarantor under the First and Second Lien Credit Agreements, TRBP is not listed on Schedule H because, to the Debtors' knowledge, TRBP's guaranty of obligations was satisfied pursuant to the TRBP plan of reorganization.

## DECLARATION CONCERNING DEBTOR'S SCHEDULES
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Robert Hutson, the Chief Financial Officer of the partnership named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 62 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

**DALLAS STARS, L.P.**

Date: October 17, 2011

By: *[signature]*

Name:        **Robert L. Hutson**

Title:        **Chief Financial Officer**

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*