**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------- x
:
In re                                                          :     Chapter 11
                                                               :
**DALLAS STARS, L.P.,** *et al.*[1]                            :     Case No. 11-12935 (PJW)
                                                               :
       Debtors.                                                :     Jointly Administered
                                                               :
---------------------------------------------------------- x   Re: Docket No. 14


**MODIFICATION TO JOINT PREPACKAGED PLAN
OF REORGANIZATION OF DALLAS STARS, L.P.,** *ET AL.* **UNDER
CHAPTER 11 OF THE BANKRUPTCY CODE, DATED SEPTEMBER 1, 2011**

Dallas Stars, L.P. and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") hereby modify the Joint Prepackaged Plan of Reorganization of Dallas Stars, L.P., *et al.* Under Chapter 11 of the Bankruptcy Code, dated September 1, 2011 (the "Prepackaged Plan") [Docket No. 14], as follows:

## ARTICLE I

## DEFINITIONS AND INTERPRETATIONS

**A.     Definitions.**

   1.    Section 1.88 of the Plan is replaced in its entirety with the following:

      1.88    ***Released Parties*** means (i) any party, other than an insurer, being released under section 13.12 of the Stalking Horse Asset Purchase Agreement, or such similar section of the Asset Purchase Agreement if the Stalking Horse is not the Purchaser, (ii) any party entitled to exculpation under Section 11.4 of the Prepackaged Plan, and/or (iii) any party entitled to a release under Sections 11.5 and 11.6 of the Prepackaged Plan. For the avoidance of doubt, Released Parties shall exclude any Hicks Affiliate.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each debtor's federal tax identification number, are: Dallas Stars, L.P. (9450); Dallas Arena LLC (9999); Dallas Stars U.S. Holdings Corp. (0485); and StarCenters LLC (4430).

RLF1 5583386v. 1

Dated: November 10, 2011

Respectfully submitted,

**DALLAS STARS, L.P.**

By: /s/ *Robert Hutson*
    Name: Robert Hutson
    Title: Chief Financial Officer

**DALLAS ARENA LLC**

By: /s/ *Robert Hutson*
    Name: Robert Hutson
    Title: Chief Financial Officer

**DALLAS STARS U.S. HOLDINGS CORP.**

By: /s/ *Robert Hutson*
    Name: Robert Hutson
    Title: Treasurer

**STARCENTERS LLC**

By: /s/ *Robert Hutson*
    Name: Robert Hutson
    Title: Chief Financial Officer

RLF1 5583386v. 1

COUNSEL:

/s/ *Zachary I. Shapiro*
Mark D. Collins (No. 2981)
John H. Knight (No. 3848)
Zachary I. Shapiro (No. 5103)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19081
(302) 651-7700

  and

Martin A. Sosland
Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
(214) 746-7700

Ronit J. Berkovich
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION