# **Exhibit B**

Notice of Entry of the Order

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                             :
In re                                                        :    Chapter 11
                                                             :
DALLAS STARS, L.P., *et al.*[1]                              :    Case No. 11-12935 (PJW)
                                                             :
         Debtors.                                            :    Jointly Administered
                                                             :
------------------------------------------------------------ x

**NOTICE OF (I) ENTRY OF ORDER APPROVING THE DEBTORS'
(A) DISCLOSURE STATEMENT PURSUANT TO SECTIONS 1125 AND 1126(b)
OF THE BANKRUPTCY CODE, (B) SOLICITATION OF VOTES AND VOTING
PROCEDURES, (C) FORMS OF BALLOTS, AND (D) CONFIRMING THE
DEBTORS' JOINT PREPACKAGED PLAN OF REORGANIZATION UNDER
CHAPTER 11 OF THE BANKRUPTCY CODE AND
<u>(II) OCCURRENCE OF EFFECTIVE DATE</u>**

TO CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:

    PLEASE TAKE NOTICE that an order (the "Order") of the Honorable Peter J. Walsh, United States Bankruptcy Judge, approving the disclosure statement, solicitation of votes and voting procedures, and forms of ballots, and confirming the Joint Prepackaged Plan of Reorganization of Dallas Stars, L.P., *et al.*, Under Chapter 11 of the Bankruptcy Code dated as of September 1, 2011 (as amended and supplemented, the "Prepackaged Plan"), of Dallas Stars, L.P. ("Dallas Stars"), Dallas Arena LLC ("Dallas Arena"), Dallas Stars U.S. Holdings Corp. ("U.S. Holdings"), and StarCenters LLC ("StarCenters"), as debtors and debtors in possession (collectively, the "Debtors"), was entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on [November 18, 2011]. Unless otherwise defined in this notice, capitalized terms used herein shall have the meanings ascribed to them in the Prepackaged Plan and the Order.

    PLEASE TAKE FURTHER NOTICE that the Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. The Order is also available on the internet site of the Debtors' noticing agent, The Garden City Group, at www.dslpinfo.com or by accessing

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each debtor's federal tax identification number, are: Dallas Stars, L.P. (9450); Dallas Arena LLC (9999); Dallas Stars U.S. Holdings Corp. (0485), and StarCenters LLC (4430).

the Bankruptcy Court's website, at www.deb.uscourts.gov. Please note that a PACER password and login are required to access documents on the Bankruptcy Court's website.

PLEASE TAKE FURTHER NOTICE that the Effective Date of the Prepackaged Plan occurred on [November 18, 2011].

PLEASE TAKE FURTHER NOTICE that the Prepackaged Plan and the provisions thereof are binding on the Debtors, the Post-Effective Date Debtors, any holder of a Claim against, or Equity Interest in, the Debtors and such holder's respective successors and assigns, whether or not the Claim or Equity Interest of such holder is impaired under the Prepackaged Plan and whether or not such holder or entity voted to accept the Prepackaged Plan.

Dated: _____, 2011
      Wilmington, Delaware

                                      Mark D. Collins (No. 2981)
                                      John H. Knight (No. 3848)
                                      Zachary I. Shapiro (No. 5103)
                                      Julie A. Finocchiaro (No. 5303)
                                      RICHARDS, LAYTON & FINGER, P.A.
                                      One Rodney Square
                                      920 North King Street
                                      Wilmington, Delaware 19801
                                      Telephone: (302) 651-7700
                                      Facsimile: (302) 651-7701
                                            – and –

                                      Martin A. Sosland (*pro hac vice*)
                                      WEIL, GOTSHAL & MANGES LLP
                                      200 Crescent Court, Suite 300
                                      Dallas, Texas 75201
                                      Telephone: (214) 746-7700
                                      Facsimile: (214) 746-7777

                                      Ronit J. Berkovich (*pro hac vice*)
                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone: (212) 310-8000
                                      Facsimile: (212) 310-8007

                                      Attorneys for Debtors and
                                      Debtors in Possession